**Attorneys for Plaintiff:**

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444

Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763l
Westerly, RI 02891
(401) 596-4072

**Attorneys for Defendant American Foam Corporation:**

Thomas C. Angelone, Esq.
Hodosh Spinella & Angelone, P.C.
One Turks Head Place, Suite 1050
Providence, RI 02903
Phone: 401.274.0200

| Additional Defendants | Attorneys for Defendants |
| --- | --- |
| Jeffrey Derderian<br>Michael Derderian<br>DERCO, LLC | Anthony F. DeMarco, Esq.<br>Reynolds DeMarco & Boland<br>170 Westminster Street, Suite 200<br>Providence, RI 02903<br>Phone: 401.861.5522 |
| Howard Julian | *pro se*<br>7 Columbia Lane<br>Jamestown, RI 02835 |
| Triton Realty Limited Partnership<br>Triton Realty, Inc.<br>Raymond J. Villanova | James T. Murphy, Esq.<br>Hanson Curran, LLP<br>The Francis Building<br>146 Westminster Street<br>Providence, RI 02903-2202<br>Phone: 401.421.2154 |
| Jack Russell, Mark Kendall, David Filice, Eric Powers, a/k/a Great White<br>Jack Russell Touring, Inc.<br>Paul Woolnough<br>Manic Music Management, Inc. | Fred A. Kelly, Jr., Esq.<br>Nixon Peabody, LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>Phone: 401.454.1000 |

| **Additional Defendants** | **Attorneys for Defendants** |
|---|---|
| Knight Records, Inc. | |
| Daniel Biechele | Donald J. Maroney, Esq.<br>James H. Reilly, Esq.<br>Kelly, Kelleher, Reilly & Simpson<br>146 Westminster Street, Suite 500<br>Providence, RI 02903<br>Phone: 401.272.1312 |
| Anheuser-Busch, Incorporated<br>Anheuser-Busch Companies, Incorporated | Joseph V. Cavanagh, Esq.<br>Blish & Cavanagh, LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, RI 02903<br>Phone: 401.831.8900 |
| Strawberries, Inc. | |
| McLaughlin & Moran | Howard A. Merten, Esq.<br>Partridge Snow & Hahn LLP<br>180 South Main Street<br>Providence, RI 02903<br>Phone: 401.861.8200 |
| WHJY, Inc., and Capstar Radio Operating Company<br>Clear Channel Broadcasting, Inc. | Stephen M. Prignano, Esq.<br>Edwards Angell Palmer & Dodge, LLP<br>2800 Financial Plaza<br>Providence RI 02903<br>Phone: 401.276.6670 |
| Dennis P. Larocque<br>Anthony Bettencourt<br>Malcolm Moore, in his capacity as Finance Director of the Town of West Warwick<br>Town of West Warwick | Marc Desisto, Esq.<br>DeSisto Law<br>211 Angell Street<br>P.O. Box 2563<br>Providence, RI 02906<br>Phone: 401.272.4442 |
| State of Rhode Island<br>Irving J. Owens, Fire Marshal | James R. Lee, Esq.<br>Assistant Attorney General<br>State of Rhode Island<br>Department of Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>Phone: 401.274.4400, ext. 2314 |

| **Additional Defendants** | **Attorneys for Defendants** |
|---|---|
| | |
| Brian Butler<br>TVL Broadcasting, Inc.<br>STC Broadcasting, Inc. | Richard W. MacAdams, Esq.<br>MacAdams & Wieck Incorporated<br>10 Dyer Street, Suite 400<br>Providence, RI 02903 |
| Barry Warner | Ronald Langlois, Esq.<br>Smith & Brink, P.C.<br>One State Street, Suite 400<br>Providence, RI 02908<br>Phone: 401.351.9970 |
| Luna Tech, Inc.<br>Luna Tech Pyrotechnic, GMBH | Curtis R. Diedrich, Esq.<br>Sloan and Walsh, LLP<br>127 Dorrance Street<br>Providence, RI 02903-2828<br>Phone: 401.454.7700 |
| Citadel Communications Corporation d/b/a WQGN-FM | Matthew F. Medeiros, Esq.<br>Little Medeiros Kinder Bulman & Whitney<br>72 Pine Street<br>Providence, RI 02903<br>Phone: 401.272.8080 |
| Motiva Enterprises, LLC | |
| Shell Oil Company | |
| High Tech Special Effects, Inc. | Mark T. Nugent, Esq.<br>Morrison Mahoney, LLP<br>121 South Main Street, Ste 600<br>Providence, RI 02903<br>Phone: 401.331.4660 |
| American Foam Corporation | Thomas C. Angelone, Esq.<br>Hodosh Spinella & Angelone, P.C.<br>One Turks Head Place, Suite 1050<br>Providence, RI 02903<br>Phone: 401.274.0200 |
| Leggett & Platt Incorporated<br>L&P Financial Services Co. | Thomas W. Lyons, Esq.<br>Strauss, Factor, Laing & Lyons<br>222 Richmond Street, Suite 208 |

| **Additional Defendants** | **Attorneys for Defendants** |
|---|---|
| | Providence, RI 02903<br>Phone: 401.456.0700 |
| General Foam Corporation<br>GFC Foam, LLC<br>Foamex LP<br>Foamex International Inc.<br>FMXI, Inc.<br>PMC, Inc.<br>PMC Global, Inc. | James A. Ruggieri, Esq.<br>Higgins, Cavanagh & Cooney, LLP<br>123 Dyer Street<br>Providence, RI 02903<br>Phone: 401.272.3500 |
| JBL Incorporated f/k/a/ James B. Lansing Sound, Incorporated d/b/a JBL Professional | C. Russell Bengtson, Esq.<br>Carroll Kelly & Murphy<br>One Turks Head Place, Suite 400<br>Providence, RI 02903 |
| Essex Insurance Company | Mark Hadden, Esq.<br>Law Offices of Mark C. Hadden<br>68 Kennedy Plaza, Suite 3<br>Providence, RI 02903<br>Phone: 401.274.0909 |
| Multi-State Inspections, Inc.<br>High Caliber Inspections, Inc. | John R. Mahoney, Esq.<br>Asquith & Mahoney, LLP<br>155 South Main Street, 2nd Floor<br>Providence, RI 02903-7115<br>Phone: (401) 331-5353 |
| Underwriters at Lloyd's, London | Mark P. Dolan, Esq.<br>Rice Dolan & Kershaw<br>170 Westminster Street, Suite 900<br>Providence, RI 02903 |
| Gresham & Associates, of RI, Inc. | Stephen E. Boyer, Esq.<br>170 Westminister Street, Suite 200<br>Providence, RI 02903-2196 |
| Trans World Entertainment Corporation | |
| ABC Bus, Inc., d/b/a ABC Bus Leasing, Inc.<br>Superstar Services LLC | T. Dos Urbanski, Esq.<br>Melick Porter & Shea, LLP<br>Two Richmond Square, Suite 104<br>Providence, RI 02906<br>Phone: 401.941.0909 |

| Additional Defendants | Attorneys for Defendants |
|---|---|
| Four Seasons Coach Leasing, Inc. | |
| "John Doe" Defendants | |

**VIII. <u>Related Cases</u>**

Docket numbers of related cases:

03-148L; 03-208L; 03-335L; 03-483L; 04-026L; 04-056L; 04-312L; 05-002L; 05-070L; 06-002L