**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| TAMMY PASSA, et al., *Plaintiffs*, vs. JEFFREY DERDERIAN, et al., *Defendants*. | C.A. No. 03-148 L |
| BARBARA GUINDON, et al., *Plaintiffs*, vs. JEFFREY DERDERIAN, et al., *Defendants*. | C.A. No. 03-335 L |
| ESTATE OF JUDE B. HENAULT, et al., *Plaintiffs*, vs. AMERICAN FOAM CORP., et al., *Defendants*. | C.A. No. 03-483 L |
| LINDA RODERIQUES, et al., *Plaintiffs*, vs. AMERICAN FOAM CORP., et al., *Defendants*. | C.A. No. 04-026 L |
| CHARLES SWEET, et al., *Plaintiffs*, vs. JEFFREY DERDERIAN, et al., *Defendants*. | C.A. No. 04-056 L |
| ALBERT J. GRAY, et al., *Plaintiffs*, vs. JEFFREY DERDERIAN, et al., *Defendants*. | C.A. No. 04-312 L |

| | |
|---|---|
| ANDREW PASKOWSKI, et al.,<br>*Plaintiffs,*<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br>*Defendants.* | C.A. No. 05-002 L |
| KATRINA KOLASA, f/k/a Katrina Buchka,<br>*Plaintiff,*<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br>*Defendants.* | C.A. No. 05-070 L |
| DAVID MALAGRINO,<br>*Plaintiff,*<br><br>vs.<br><br>AMERICAN FOAM CORP., et al.,<br>*Defendants.* | C.A. No. 06-002 L |
| WILLIAM LONG,<br>*Plaintiff,*<br><br>vs.<br><br>AMERICAN FOAM CORP., et al.,<br>*Defendants.* | C.A. No. 06-047 L |
| NEIL GONSALVES,<br>*Plaintiff,*<br><br>vs.<br><br>JEFFREY DERDERIAN, et al.,<br>*Defendants.* | C.A. No. 06-076 L |
| STEPHANIE NAPOLITANO,<br>*Plaintiff,*<br><br>vs.<br><br>AMERICAN FOAM CORP., et al.,<br>*Defendants.* | C.A. No. 06-080 L |

# NOTICE OF ELECTION AS TO MOTION TO DISMISS

Defendants, Town of West Warwick, Anthony Bettencourt, and Denis Larocque, hereby give notice pursuant to Paragraph 5 of the Consent Order entered on February 2, 2006, that they elect to invoke the application of the Court's previous ruling on their Motion to Dismiss as to all claims by all plaintiffs named in the Third Amended Complaint and all adoptions thereof. In addition, Defendant Stephen D. Murray hereby adopts the Motion to Dismiss filed by the aforesaid Defendants, as well as elects to invoke the application of the Court's previous ruling on said Motion to Dismiss as to all claims by all plaintiffs named in the Third Amended Complaint and all adoptions thereof

Defendants,
Town of West Warwick, Anthony Bettencourt,
Denis Larocque, and Stephen D. Murray,
By their attorneys,

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
marc@desistolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Adoption of Motion to Dismiss was sent via electronic mail on this 17th day of March 2006 to:

Andrew J. Trevelise, Esq. .......................atrevelise@reedsmith.com
Anthony F. DeMarco, Esq. ....................tdemarco@conversent.net
Anthony R. Leone, Esq. ..........................ricedolan@ricedolankershaw.com
Brian Cunha, Esq. ...................................brian@briancunha.com
C. Russell Bengtson, Esq. ......................rbengtson@ckmlaw.com

Charles Redihan ........................................credihan@KPRlaw.com
Chip Babcock, Esq. ..................................cbabcock@jw.com
Donald J. Maroney, Esq. ..........................dmaroney@kkrs.com
Edward Crane, Esq. ..................................ecrane@skadden.com
Edward T. Hinchey, Esq. .........................ehinchey@sloanewalsh.com
Edwin F. McPherson, Esq. .......................emcpherson@m-klaw.com
Esquire Litigation Services ......................stationfire@esquirecom.com
Eva Mancuso, Esq. ...................................emancuso@hwac.com
Fred A. Kelly, Jr., Esq.,
Steven M. Richard, Esq.,
Ian C. Ridlon, Esq., and
Kim M. Clarke, Esq. .....................StationFireLitigation@nixonpeabody.com
Georgia Sullivan, Esq. ............................Georgia.Sullivan@thehartford.com
George Wolf, Esq. ....................................gwolf@shb.com
Gerald C. DeMaria, Esq. ..........................gdemaria@hcc-law.com
Howard A. Merten, Esq. ..........................Hmerten.station@psh.com
Howard Julien (pro se) ............................sohohomes@yahoo.com
James A. Bigos, Esq. ...............................jim@b-plaw.com
James A. Ruggieri, Esq. ..........................jruggieri@hcc-law.com
James H. Reilly, Esq. ..............................jreilly@kkrs.com
James J. Restivo, Jr., Esq. .......................jrestivo@reedsmith.com
James R. Lee, Esq. .................................jlee@riag.ri.gov
James T. Murphy, Esq.,
Kelly N. Michels, Esq., and
Thomas R. Bender, Esq. ...............stationfire@hansoncurran.com
Jessica L. Margolis, Esq. .........................mpotenza@debevoise.com
John R. Crockett III, Esq. ........................jcrockett@fbtlaw.com
John R. Mahoney, Esq. ...........................johnmahoney@amlawllp.cm
Joseph J. McGair, Esq. ............................jjm@petrarcamcgair.com
Joseph V. Cavanagh, Jr., Esq.
and Kristin E. Rodgers, Esq. .........stationfire@blishcavlaw.com
Lawrence J. Cappuccio, Esq. ...................l.cappuccio@worldnet.att.net
Mark Cahill, Esq. ....................................mcahill@choate.com
Mark C. Hadden, Esq. .............................mhadden@mhaddenlaw.com
Mark P. Dolan, Esq. ................................ricedolank@aol.com
Mark S. Mandell, Esq. ............................msmandell@msn.com
Mark T. Nugent, Esq. ..............................mnugent@morrisonmahoney.com
Matthew F. Medeiros, Esq. .....................mfm@lmkbw.com
Max Wistow, Esq. ...................................wvenditti@wistbar.com
Patrick T. Jones, Esq. ..............................pjones@cmj-law.com
Paul Sullivan, Esq. ..................................pvsullivan@morrisonmahoney.com
Ralph J. Monaco, Esq. ............................rmonaco.c-l@snet.net
Richard W. MacAdams, Esq. ..................rmacadams@mandwlaw.com
Robert T. Norton, Esq. ............................rnorton@sloanewalsh.com
Robert Reardon, Esq. ..............................reardonlaw@aol.com
Ronald Langlois, Esq.
and Lauren D. Wilkins, Esq. .........Stationfire@smithbrink.com
Russell Bramley, Esq. .............................bramley@hbhlaw.net
Scott J. Tucker, Esq. ...............................stucker@ths-law.com

Stephanie DiMaio Larivee, Esq. ..............singinglawyer@msn.com
Stephen Breggia, Esq. ..............................sbreggia@bbglaw.us
Stephen P. Fogerty, Esq. ...........................fogerty@halloran-sage.com
Stephen J. MacGillivray, Esq...................smacgillivray@edwardsangell.com
Stephen M. Prignano, Esq........................sprignano@edwardsangell.com
Steven Minicucci, Esq. ............................sminicucci@calvinolaw.com
Susan S. Wettle, Esq. ...............................swettle@fbtlaw.com
T. Dos Urbanski, Esq. ..............................durbanski@melicklaw.com
Thomas C. Angelone, Esq. .....................angelonelaw@aol.com
Thomas W. Lyons, Esq. ..........................tlyons@straussfactor.com
Timothy A. Williamson, Esq.
and Mark D. Tourgee, Esq. ...........aminchillo@itwlaw.com
W. Thomas McGough.............................tmcgough@reedsmith.com