UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN FOAM CORP., ET AL,<br><br>Defendants. | CIVIL ACTION<br>No. 06-047-L |

ANSWER AND JURY CLAIM OF THE DEFENDANT, SUPERSTAR SERVICES LLC, TO THE PLAINTIFF WILLIAM LONG'S ADOPTION OF THE THIRD AMENDED MASTER COMPLAINT

1. The plaintiff, William Long has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, Civil Action No. 04-312-L, in its entirety.

2. This defendant, Superstar Services, LLC hereby incorporates by reference its answer filed to the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, as if set forth fully herein.

JURY CLAIM

Defendant, Superstar Services, LLC hereby makes a claim for a trial by jury.

SUPERSTAR SERVICES, LLC.
By its attorney,

[signature]

T. Dos Urbanski
Bar No. 6440
MELICK, PORTER & SHEA, LLP
369 South Main Street
Providence, RI 02903
Tel: 401-941-0909
Fax: 401-941-6269
Email: stationlitigation@melicklaw.com

SCANNED

CERTIFICATE OF SERVICE

I, T. Dos Urbanski, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing electronically a copy in pdf format to the following:

| | |
|---|---|
| Karen A. Alegria | karen@briancunha.com |
| Thomas C. Angelone | angelonelaw@aol.com |
| Charles L. Babcock | cbabcock@jw.com |
| John P. Barylick | JPB@wistbar.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| C. Russell Bengston | rbengston@ckmlaw.com |
| James A. Bigos | jim@b-plaw.com |
| Russell Bramley | bramley@hbhlaw.net |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Stephen E. Breggia | sbreggia@bbglaw.us |
| Kate Breslin-Harden | KBH@olenn-penza.com |
| Joseph B. Burns | jburns@rms-law.com |
| Mark D. Cahill | mcahill@choate.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kim M. Clarke | stationfirelitigation@nixonpeabody.com |
| Edward M. Crane | ecrane@skadden.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| John R. Crockett, III | jcrocket@fbtlaw.com |
| Brian R. Cunha | brian@briancunha.com |
| Jessica Deanseris | jdean@wistbar.com |
| Michael DeLuca | mrd@gsm-law.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Anthony F. DeMarco | tdemarco@conversant.com |
| Marc DeSisto | stationfire@desistolaw.com |
| Stephanie DiMaio-Larivee | fonia@msn.com |
| Mark P. Dolan | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr. | Cfallon@cozen.com |
| William A. Filippo | wfilippo@calvinlaw.com |
| Stephen P. Fogerty | fogerty@halloran-sage.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Edward T. Hinchey | ehinchey@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| James Howe | singinglawyer@msn.com |
| Stephen A. Izzi | stephen.izzi@hklaw.com |
| Patrick T. Jones | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller | bpkeller@debevoise.com |
| Fred A. Kelly | stationfirelitigation@nixonpeabody.com |
| Joseph Krowski | josephkrowski.law@verizon.net |
| Donna M. Lamontagne | dlamontagne@zizikpowers.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Faith A. LaSalle, Esq. | flasalle@lasallelaw.com |
| James R. Lee | jlee@riag.state.ri.us |
| Anthony R. Leone | ricedolank@aol.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Richard W. MacAdams | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray | smacgillivray@eapdlaw.com |
| John R. Mahoney | johnmahoney@amlawllp.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Mark S. Mandell | msmandell@msn.com |
| Donald J. Maroney | dmaroney@kkrs.com |

| | |
|---|---|
| W. Thomas McGough, Jr. | tmcgough@reedsmith.com |
| Edwin F. McPherson | emcpherson@m-klaw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Howard A. Merten | hmerten.station@psh.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Steven A. Minicucci | sminicucci@calvinolaw.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| James T. Murphy | stationfire@hansoncurran.com |
| John J. Nazzaro | attynazzaro@aol.com |
| Robert T. Norton | rnorton@sloanewalsh.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| Mark Ostrowski | mostrowski@goodwin.com |
| Michael Potenza | mpotenza@debevoise.com |
| Stephen M. Prignano | sprignano@eapdlaw.com |
| Robert J. Reardon, Jr. | Reardonlaw@aol.com |
| Charles N. Redihan, Jr. | Credihan@kprlaw.com |
| James H. Reilly, III | jreilly@kkrs.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| James J. Restivo, Jr. | Jrestivo@reedsmith.com |
| Mark T. Reynolds | mtreynolds@conversent.net |
| Steven M. Richard | stationfirelitigation@nixonpeabody.com |
| Ian Ridlon | stationfirelitigation@nixonpeabody.com |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| James Scanlon | jscanlon@sloanewalsh.com |
| Peter Schneider | pschneider@cmj-law.com |
| Deborah G. Solmor | dsolmor@skadden.com |
| Ann Songer | asonger@shb.com |
| Michael A. St. Pierre | mikesp@rrsplaw.com |
| Georgia A. Sullivan | georgia.sullivan@thehartford.com |
| Paul V. Sullivan | pvsullivan@morrisonmahoney.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Mark D. Tourgee | aminchillo@itwlaw.com |
| Scott J. Tucker | stucker@ths-law.com |
| Earl H. Walker | ewalker@jw.com |
| Susan S. Wettle | swettle@fbtlaw.com |
| Benjamin V. White, III | bwhite@vetterandwhite.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Lauren D. Wilkins | stationfire@smithbrink.com |
| Max Wistow | mw@wistbar.com |
| George E. Wolf, III | gwolf@shb.com |

T. Dos Urbanski

T. Dos Urbanski

Date: 3/17/06