RECEIVED

MAR 15 2006

Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM LONG, Plaintiff,

v.

AMERICAN FOAM CORPORATION, et al., Defendants.

C.A. No. 06-047-L
(adopting civil action no. 03-483-L)

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The undersigned parties, by their authorized attorneys, stipulate that Defendants Mark Kendall, David Filice and Eric Powers shall have up to and including May 1, 2006 to answer or otherwise respond to Plaintiff's Pro Forma Complaint and Notice of Adoption of Third Amended Master Complaint.

PLAINTIFF

By His Attorney,

Lawrence J. Cappuccio (#2731)
CAPPUCCIO & CAPPUCCIO
18 Granite Street
P.O. Box 7631
Westerly, RI 0289

Dated: March 13, 2006

MARK KENDALL, DAVID FILICE and ERIC POWERS

By Their Attorneys,

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15 day of March, 2006, I mailed a true copy of the within Stipulation via e-mail to all counsel of record listed on attached service list.

[signature]

John R. Mahoney
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr.
Kristen E. Rodgers
stationfire@blishcavlaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

Brian R. Cunha
Karen A. Alegria
Brian@Briancunha.com

C. Russell Bengtson
RBengtson@ckmlaw.com

Mark D. Cahill
Eric Bradford Hermanson
mcahill@choate.com

Patrick T. Jones
Peter Schneider
pjones@cmj-law.com

James R. Lee
jlee@riag.state.ri.us

Joseph B. Burns
jburns@rms-law.com

Steven A. Minicucci
William A. Filippo
sminicucci@calvinolaw.com

Bruce P. Keller
Michael Potenza
Bkeller@debevoise.com

Ralph J. Monaco
rmonaco.c-l@snet.net

Christopher C. Fallon, Jr.
Joseph J. Bellew
cfallon@cozen.com

Marc DeSisto
Kathleen M. Daniels
stationfire@desistolaw.com

Stephen M. Prignano
Stephen J. MacGillivray
sprignano@edwardsangell.com

Michael R. DeLuca
MRD@gsm-law.com

Eva Marie Mancuso
emancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
stationfire@hansoncurran.com

Edward T. Hinchey
James Scanlon
Robert T. Norton
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
singinglawyer@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Suzanne O'Donoghue
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
aminchillo@itwlaw.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
GWolf@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
Hmerten.station@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
KBH@olenn-penza.com

Robert I. Reardon, Jr.
Tracy L. Poppe
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
StationLitigation@melicklaw.co
m

Stephen Fogerty
fogerty@halloran-sage.com

Lawrence J. Cappuccio
l.cappuccio@worldnet.att.net

Esquire
stationfire@esquirecom.com

James A. Bigos
jim@b-plaw.com

Russell Bramley, Esq.
Bramley@hbhlaw.net

RECEIVED
MAR 15 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WILLIAM LONG,
Plaintiff,

v.

AMERICAN FOAM CORPORATION,
et al.,
Defendants.

C.A. No. 06-047-L
(adopting civil action no. 03-483-L)

# STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT

The undersigned parties, by their authorized attorneys, stipulate that Defendants Mark Kendall, David Filice and Eric Powers shall have up to and including May 1, 2006 to answer or otherwise respond to Plaintiff's Pro Forma Complaint and Notice of Adoption of Third Amended Master Complaint.

PLAINTIFF

By His Attorney,

Lawrence J. Cappuccio (#2731)
CAPPUCCIO & CAPPUCCIO
18 Granite Street
P.O. Box 7631
Westerly, RI 0289

Dated: March 13, 2006

MARK KENDALL, DAVID FILICE
and ERIC POWERS

By Their Attorneys,

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 15 day of March, 2006, I mailed a true copy of the within Stipulation via e-mail to all counsel of record listed on attached service list.

John R. Mahoney
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr.
Kristen E. Rodgers
stationfire@blishcavlaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

Brian R. Cunha
Karen A. Alegria
Brian@Briancunha.com

C. Russell Bengtson
RBengtson@ckmlaw.com

Mark D. Cahill
Eric Bradford Hermanson
mcahill@choate.com

Patrick T. Jones
Peter Schneider
pjones@cmj-law.com

James R. Lee
jlee@riag.state.ri.us

Joseph B. Burns
jburns@rms-law.com

Steven A. Minicucci
William A. Filippo
sminicucci@calvinolaw.com

Bruce P. Keller
Michael Potenza
Bkeller@debevoise.com

Ralph J. Monaco
rmonaco.c-l@snet.net

Christopher C. Fallon, Jr.
Joseph J. Bellew
cfallon@cozen.com

Marc DeSisto
Kathleen M. Daniels
stationfire@desistolaw.com

Stephen M. Prignano
Stephen J. MacGillivray
sprignano@edwardsangell.com

Michael R. DeLuca
MRD@gsm-law.com

Eva Marie Mancuso
emancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
stationfire@hansoncurran.com

Edward T. Hinchey
James Scanlon
Robert T. Norton
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
singinglawyer@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Suzanne O'Donoghue
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
aminchillo@itwlaw.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
GWolf@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
Hmerten.station@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
KBH@olenn-penza.com

Robert I. Reardon, Jr.
Tracy L. Poppe
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
StationLitigation@melicklaw.co
m

Stephen Fogerty
fogerty@halloran-sage.com

Lawrence J. Cappuccio
l.cappuccio@worldnet.att.net

Esquire
stationfire@esquirecom.com

James A. Bigos
jim@b-plaw.com

Russell Bramley, Esq.
Bramley@hbhlaw.net

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
MAR 15 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| WILLIAM LONG, Plaintiff, | : | |
| v. | : | C.A. No. 06-047-L (adopting civil action no. 03-483-L) |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

**STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFF'S NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The undersigned parties, by their authorized attorneys, stipulate that Defendants Mark Kendall, David Filice and Eric Powers shall have up to and including May 1, 2006 to answer or otherwise respond to Plaintiff's Pro Forma Complaint and Notice of Adoption of Third Amended Master Complaint.

PLAINTIFF

By His Attorney,

Lawrence J. Cappuccio (#2731)
CAPPUCCIO & CAPPUCCIO
18 Granite Street
P.O. Box 7631
Westerly, RI 0289

Dated: March 14, 2006

MARK KENDALL, DAVID FILICE and ERIC POWERS

By Their Attorneys,

Fred A. Kelly, Jr. (#4553)
Steven M. Richard (#4403)
NIXON PEABODY LLP
One Citizens Plaza
Providence, RI 02903
(401) 454-1000
(401) 454-1030 (Fax)

Dated: March 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15 day of March, 2006, I mailed a true copy of the within Stipulation via e-mail to all counsel of record listed on attached service list.

[signature]

John R: Mahoney
johnmahoney@amlawllp.com

Joseph V. Cavanagh, Jr.
Kristen E. Rodgers
stationfire@blishcavlaw.com

Stephen E. Breggia
sbreggia@bbglaw.us

Brian R. Cunha
Karen A. Alegria
Brian@Briancunha.com

C. Russell Bengtson
RBengtson@ckmlaw.com

Mark D. Cahill
Eric Bradford Hermanson
mcahill@choate.com

Patrick T. Jones
Peter Schneider
pjones@cmj-law.com

James R. Lee
jlee@riag.state.ri.us

Joseph B. Burns
jburns@rms-law.com

Steven A. Minicucci
William A. Filippo
sminicucci@calvinolaw.com

Bruce P. Keller
Michael Potenza
Bkeller@debevoise.com

Ralph J. Monaco
rmonaco.c-l@snet.net

Christopher C. Fallon, Jr.
Joseph J. Bellew
cfallon@cozen.com

Marc DeSisto
Kathleen M. Daniels
stationfire@desistolaw.com

Stephen M. Prignano
Stephen J. MacGillivray
sprignano@edwardsangell.com

Michael R. DeLuca
MRD@gsm-law.com

Eva Marie Mancuso
emancuso@hwac.com

Thomas R. Bender
James T. Murphy
Kelly N. Michels
stationfire@hansoncurran.com

Edward T. Hinchey
James Scanlon
Robert T. Norton
rnorton@sloanewalsh.com
ehinchey@sloanewalsh.com

Thomas C. Angelone
angelonelaw@aol.com

John R. Crockett, III
Carl H. Henlein
Susan S. Wettle
swettle@fbtlaw.com

Michael A. St. Pierre
mikesp@rrsplaw.com

Stephanie DiMaio Larivee
James Howe
singinglawyer@msn.com

Mark T. Nugent
Paul Sullivan
mnugent@morrisonmahoney.com

Mark C. Hadden
MHadden@mhaddenlaw.com

James A. Ruggieri
Gerald C. DeMaria
Suzanne O'Donoghue
jruggieri@hcc-law.com

Daniel J. Horgan
horganlaw@snet.net

Mark D. Tourgee
Timothy A. Williamson
aminchillo@itwlaw.com

John J. Nazzaro
attynazzaro@aol.com

Charles N. Redihan
credihan@kprlaw.com

Matthew F. Medeiros
mfm@lmkbw.com

Mark S. Mandell
Yvette M. Boisclair
msmandell@msn.com

W. Thomas McGough, Jr.
James J. Restivo, Jr.
tmcgough@reedsmith.com

Anthony F. DeMarco
Mark Reynolds
tdemarco@conversent.net

Earl H. Walker
Charles L. Babcock
Nancy W. Hamilton.
CBabcock@jw.com

James H. Reilly, III
Donald J. Maroney
dmaroney@kkrs.com

Richard W. MacAdams
Rmacadams@mandwlaw.com

George E. Wolf, III
Ann M. Songer
GWolf@shb.com

Andrew J. Trevelise
atrevelise@reedsmith.com

Mark P. Dolan
Anthony R. Leone
Ricedolank@aol.com

Ronald P. Langlois
Lauren DiSimone Wilkins
Stationfire@smithbrink.com

Edward M. Crane
Kimberly A. Simpson
Deborah G. Solmor
ecrane@skadden.com

Thomas W. Lyons, III
tlyons@straussfactor.com

Howard A. Merten
Hmerten.station@psh.com

Max H. Wistow
John P. Barylick
jdean@wistbar.com

Howard J. Julian
sohohomes@yahoo.com

J. Renn Olenn
KBH@olenn-penza.com

Robert I. Reardon, Jr.
Tracy L. Poppe
Reardonlaw@aol.com

Scott J. Tucker
STucker@ths-law.com

Allen J. McCarthy
Michael J. Mazurczak
amccarthy@melicklaw.com

T. Dos Urbanski
StationLitigation@melicklaw.co
m

Stephen Fogerty
fogerty@halloran-sage.com

Lawrence J. Cappuccio
l.cappuccio@worldnet.att.net

Esquire
stationfire@esquirecom.com

James A. Bigos
jim@b-plaw.com

Russell Bramley, Esq.
Bramley@hbhlaw.net