**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM LONG, | : | CIVIL ACTION NO: 06-047L |
| | : | (adopting civil action no. 03-483-L) |
| Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| AMERICAN FOAM CORPORATION; | : | |
| et al. | : | |
| Defendants. | : | APRIL 3, 2006 |

**PLAINTIFF WILLIAM LONG'S OBJECTION TO ELECTION OF DEFENDANTS MULTI-STATE INSPECTIONS, INC. AND HIGH CALIBER INSPECTIONS, INC. AS TO MOTION TO DISMISS**

The Plaintiff, William Long, hereby joins and adopts the Gray Plaintiffs' Objection to Election of Defendants Multi-State Inspections, Inc. and High Caliber Inspections, Inc. as to Motion to Dismiss previously filed herein.

ATTORNEYS FOR PLAINTIFF

Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 7631
Westerly, RI 02891
(401) 596-4072
(401) 596-5306 (fax)
l.cappuccio@worldnet.att.net

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444
(860) 444-6445 (fax)
reardonlaw@aol.com

## CERTIFICATION

I hereby certify that on April 3, 2006, a copy of the foregoing was sent by email as follows:

| | |
|---|---|
| James R. Lee, Esq. | Email: jlee@riag.state.ri.us |
| Marc Desisto, Esq. | Email: stationfire@desistolaw.com |
| Robert T. Norton, Esq.<br>Edward T. Hinchey, Esq. | Email: rnorton@sloanewalsh.com<br>Email: ehinchey@sloanewalsh.com |
| Ronald Langlois, Esq.<br>Lauren Wilkins, Esq. | Email: stationfire@smithbrink.com |
| Howard A. Merten, Esq. | Email: hmerten.station@psh.com |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Thomas R. Bender, Esq. | Email: stationfire@hansoncurran.com |
| Christopher C. Fallon, Jr., Esq. | Email: cfallon@cozen.com |
| Anthony F. DeMarco, Esq. | Email: tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email: angelonelaw@aol.com |
| Joseph V. Cavanagh, Esq.<br>Kristin E. Rodgers, Esq. | Email: stationfire@blishcavlaw.com |
| Bruce Keller, Esq.<br>Michael Potenza, Esq. | Email: bpkeller@debevoise.com<br>Email: mpotenza@debevoise.com |
| Matthew F. Medeiros, Esq. | Email: mfm@lmkbw.com |
| Stephen M. Prignano, Esq.<br>Stephen J. MacGillivray, Esq. | Email: sprignano@eapdlaw.com<br>Email: smacgillivray@eapdlaw.com |
| Donald J. Maroney, Esq.<br>James H. Reilly, Esq. | Email: dmaroney@kkrs.com<br>Email: jreilly@kkrs.com |
| Edwin F. McPherson, Esq. | Email: emcpherson@m-klaw.com |
| Steven M. Richard, Esq.<br>Fred Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | Email: kclarke@nixonpeabody.com |
| James A. Ruggieri, Esq.<br>Suzanne O'Donoghue, Esq. | Email: jruggieri@hcc-law.com<br>Email: sodonoghue@hcc-law.com |
| Carl A. Henlein, Esq.<br>Susan S. Wettle, Esq. | Email: chenlein@fbtlaw.com<br>Email: swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email: horganlaw@snet.net |
| John J. Nazzaro, Esq. | Email: attynazzaro@aol.com |
| Ralph J. Monaco, Esq. | Email: rmonaco.c-l@snet.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Mark S. Mandell, Esq. | Email: msmandell@msn.com |
| Max Wistow, Esq. | Email: jdean@wistbar.com |
| Patrick T. Jones, Esq. | Email: pjones@cmj-law.com |
| Michael S. St. Pierre, Esq. | Email: mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email: sbreggia@BBGlaw.us |
| Steven A. Minicucci, Esq. | Email: sminicucci@calvinolaw.com |

| | |
|---|---|
| Eva Marie Mancuso, Esq. | Email: Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email: credihan@KPRlaw.com |
| C. Russell Bengtson, Esq | Email: rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email: brian@briancunha.com |
| Stefanie DiMaio-Larivee, Esq. | Email: fonia@msn.com |
| Scott J. Tucker, Esq. | Email: stucker@ths-law.com |
| Joseph B. Burns, Esq. | Email: jburns@rms-law.com |
| Mark Hadden, Esq. | Email: mhadden@mhaddenlaw.com |
| W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq. | Email: jrestivo@reedsmith.com<br>Email: tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email: tylons@straussfactor.com |
| Andrew J. Trevelise, Esq. | Email: atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email: mnugent@morrisonmahoney.com |
| Deborah G. Solmor, Esq.<br>Edward M. Crane, Esq. | Email: ecrane@skadden.com<br>Email: dsolmor@skadden.com |
| Mark D. Cahill, Esq.<br>Eric Hermanson, Esq. | Email: mcahill@choate.com<br>ehermanson@choate.com |
| J. Renn Olenn, Esq.<br>Kate Breslin Harden, Esq. | Email: kbh@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email: aminchillo@itwlaw.com |
| Richard W. MacAdams, Esq. | Email: rmacadams@mandwlaw.com |
| James A. Bigos, Esq. | Email: jim@b-plaw.com |
| Georgia A. Sullivan, Esq. | Email: Georgia.sullivan@thehartford.com |
| Mark P. Dolan, Esq. | Email: ricedolank@aol.com |
| Stephen P. Fogerty, Esq. | Email: fogerty@halloran-sage.com |
| Howard Julian | Email: sohohomes@yahoo.com |
| George E. Wolf, III, Esq.<br>Ann Songer, Esq. | Email: gwolf@shb.com<br>Email: asonger@shb.com |
| John R. Mahoney, Esq. | Email: johnmahoney@amlawllp.com |
| Charles Babcock, Esq.<br>Nancy Hamilton, Esq.<br>Earl Walker, Esq. | Email: Cbabcock@jw.com<br>nhamilton@jw.com<br>ewalker@jw.com |
| T. Dos Urbanski, Esq.<br>Michael J. Mazurczak, Esq.<br>Allen J. McCarthy, Esq. | Email: stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email: josephkrowski.law@verizon.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Lawrence J. Cappuccio, Esq. | Email: l.cappuccio@worldnet.att.net |
| Russell Bramley, Esq. | Email: bramley@hbhlaw.net |
| Craig A. Johns, Esq. | Email: johnsc@nationwide.com |
| Esquire Litigation Solutions, LLC | Email: stationfire@esquirecom.com |

Lawrence J. Cappuccio