**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **WILLIAM LONG,** | : | **CIVIL ACTION NO: 06-047L** |
| | : | **(adopting civil action no. 03-483-L)** |
| **Plaintiff,** | : | |
| | : | |
| **V.** | : | |
| | : | |
| **AMERICAN FOAM CORPORATION; et al.** | : | |
| | : | |
| **Defendants.** | : | **APRIL 3, 2006** |

**PLAINTIFF WILLIAM LONG'S OBJECTION TO ELECTION OF DEFENDANTS STATE OF RHODE ISLAND AND IRVING J. OWENS AS TO MOTION TO DISMISS**

The Plaintiff, William Long, hereby joins and adopts the Gray Plaintiffs' Objection to Election of Defendants State of Rhode Island and Irving J. Owens as to Motion to Dismiss previously filed herein.

ATTORNEYS FOR PLAINTIFF

Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 7631
Westerly, RI 02891
(401) 596-4072
(401) 596-5306 (fax)
l.cappuccio@worldnet.att.net

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444
(860) 444-6445 (fax)
reardonlaw@aol.com

## CERTIFICATION

I hereby certify that on April 3, 2006, a copy of the foregoing was sent by email as follows:

| | |
|---|---|
| James R. Lee, Esq. | Email: jlee@riag.state.ri.us |
| Marc Desisto, Esq. | Email: stationfire@desistolaw.com |
| Robert T. Norton, Esq.<br>Edward T. Hinchey, Esq. | Email: rnorton@sloanewalsh.com<br>Email: ehinchey@sloanewalsh.com |
| Ronald Langlois, Esq.<br>Lauren Wilkins, Esq. | Email: stationfire@smithbrink.com |
| Howard A. Merten, Esq. | Email: hmerten.station@psh.com |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Thomas R. Bender, Esq. | Email: stationfire@hansoncurran.com |
| Christopher C. Fallon, Jr., Esq. | Email: cfallon@cozen.com |
| Anthony F. DeMarco, Esq. | Email: tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email: angelonelaw@aol.com |
| Joseph V. Cavanagh, Esq.<br>Kristin E. Rodgers, Esq. | Email: stationfire@blishcavlaw.com |
| Bruce Keller, Esq.<br>Michael Potenza, Esq. | Email: bpkeller@debevoise.com<br>Email: mpotenza@debevoise.com |
| Matthew F. Medeiros, Esq. | Email: mfm@lmkbw.com |
| Stephen M. Prignano, Esq.<br>Stephen J. MacGillivray, Esq. | Email: sprignano@eapdlaw.com<br>Email: smacgillivray@eapdlaw.com |
| Donald J. Maroney, Esq.<br>James H. Reilly, Esq. | Email: dmaroney@kkrs.com<br>Email: jreilly@kkrs.com |
| Edwin F. McPherson, Esq. | Email: emcpherson@m-klaw.com |
| Steven M. Richard, Esq.<br>Fred Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | Email: kclarke@nixonpeabody.com |
| James A. Ruggieri, Esq.<br>Suzanne O'Donoghue, Esq. | Email: jruggieri@hcc-law.com<br>Email: sodonoghue@hcc-law.com |
| Carl A. Henlein, Esq.<br>Susan S. Wettle, Esq. | Email: chenlein@fbtlaw.com<br>Email: swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email: horganlaw@snet.net |
| John J. Nazzaro, Esq. | Email: attynazzaro@aol.com |
| Ralph J. Monaco, Esq. | Email: rmonaco.c-l@snet.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Mark S. Mandell, Esq. | Email: msmandell@msn.com |
| Max Wistow, Esq. | Email: jdean@wistbar.com |
| Patrick T. Jones, Esq. | Email: pjones@cmj-law.com |
| Michael S. St. Pierre, Esq. | Email: mikesp@rrsplaw.com |
| Stephen E. Breggia, Esq. | Email: sbreggia@BBGlaw.us |
| Steven A. Minicucci, Esq. | Email: sminicucci@calvinolaw.com |

| | |
|---|---|
| Eva Marie Mancuso, Esq. | Email: Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email: credihan@KPRlaw.com |
| C. Russell Bengtson, Esq | Email: rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email: brian@briancunha.com |
| Stefanie DiMaio-Larivee, Esq. | Email: fonia@msn.com |
| Scott J. Tucker, Esq. | Email: stucker@ths-law.com |
| Joseph B. Burns, Esq. | Email: jburns@rms-law.com |
| Mark Hadden, Esq. | Email: mhadden@mhaddenlaw.com |
| W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq. | Email: jrestivo@reedsmith.com<br>Email: tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email: tylons@straussfactor.com |
| Andrew J. Trevelise, Esq. | Email: atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email: mnugent@morrisonmahoney.com |
| Deborah G. Solmor, Esq.<br>Edward M. Crane, Esq. | Email: ecrane@skadden.com<br>Email: dsolmor@skadden.com |
| Mark D. Cahill, Esq.<br>Eric Hermanson, Esq. | Email: mcahill@choate.com<br>ehermanson@choate.com |
| J. Renn Olenn, Esq.<br>Kate Breslin Harden, Esq. | Email: kbh@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email: aminchillo@itwlaw.com |
| Richard W. MacAdams, Esq. | Email: rmacadams@mandwlaw.com |
| James A. Bigos, Esq. | Email: jim@b-plaw.com |
| Georgia A. Sullivan, Esq. | Email: Georgia.sullivan@thehartford.com |
| Mark P. Dolan, Esq. | Email: ricedolank@aol.com |
| Stephen P. Fogerty, Esq. | Email: fogerty@halloran-sage.com |
| Howard Julian | Email: sohohomes@yahoo.com |
| George E. Wolf, III, Esq.<br>Ann Songer, Esq. | Email: gwolf@shb.com<br>Email: asonger@shb.com |
| John R. Mahoney, Esq. | Email: johnmahoney@amlawllp.com |
| Charles Babcock, Esq.<br>Nancy Hamilton, Esq.<br>Earl Walker, Esq. | Email: Cbabcock@jw.com<br>nhamilton@jw.com<br>ewalker@jw.com |
| T. Dos Urbanski, Esq.<br>Michael J. Mazurczak, Esq.<br>Allen J. McCarthy, Esq. | Email: stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email: josephkrowski.law@verizon.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Lawrence J. Cappuccio, Esq. | Email: l.cappuccio@worldnet.att.net |
| Russell Bramley, Esq. | Email: bramley@hbhlaw.net |
| Craig A. Johns, Esq. | Email: johnsc@nationwide.com |
| Esquire Litigation Solutions, LLC | Email: stationfire@esquirecom.com |

Lawrence J. Cappuccio