# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WILLIAM LONG,<br>Plaintiff<br><br>v.<br><br>AMERICAN FOAM CORPORATION, ET AL.,<br>Defendants | C.A. No. 06-047L |

**ANSWER OF DEFENDANT MCLAUGHLIN & MORAN TO PLAINTIFF'S COMPLAINT AND NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

The defendant McLaughlin & Moran, Inc. ("McLaughlin & Moran") responds to the allegations of plaintiff's pro forma complaint and Notice of Adoption of Third Amended Master Complaint as follows:

1. To the extent that plaintiff has adopted the Third Amended Master Complaint in *Albert Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L, pursuant to this Court's December 16, 2004 Order allowing the adoption of a Master Complaint, defendant McLaughlin & Moran hereby adopts and incorporates the answer, including all affirmative defenses, it filed to the Third Amended Master Complaint in *Gray* as its answer herein. To the extent that plaintiff has adopted the additional allegations and claims set forth in the plaintiff's pro forma complaint and Notice of Adoption of First Amended Master Complaint, defendant McLaughlin & Moran answers these additional allegations and claims below.

2. Defendant McLaughlin & Moran, Inc. lacks sufficient knowledge or information to form a belief as to the truth of Paragraphs 1-8.

3. Answering the allegations of additional Counts One through Nine (¶¶ 9-58), defendant McLaughlin & Moran avers that these paragraphs refer to defendants other than McLaughlin & Moran for which no answer or response is required of this defendant. To the extent an answer is required, McLaughlin & Moran lacks knowledge or information sufficient to form a belief as to the truth of the allegations of those paragraphs. To the extent that these paragraphs incorporate other paragraphs to which McLaughlin & Moran has separately or specifically replied, McLaughlin & Moran incorporates its responses to those paragraphs herein.

4. Answering the allegations of additional Count Ten, Paragraph 59, defendant McLaughlin & Moran repeats and realleges its responses to the First Amended Master Complaint and its responses to all prior additional allegations of this complaint as if set forth fully herein.

5. Defendant McLaughlin & Moran denies the allegations contained in Paragraphs 60-64.

WHEREFORE, the defendant McLaughlin & Moran, Inc. respectfully requests that:

A. The Plaintiff's Complaint be dismissed with prejudice as to it;

B. Plaintiff's demands for relief against it be denied in every respect; and

C. The Court grant such other and further relief as may be just, proper and equitable.

MCLAUGHLIN & MORAN

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Howard A. Merten (#3171)
Melissa E. Darigan (#4792)
Michael J. Murray (#6404)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: ~~March~~ April 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing ANSWER OF DEFENDANT MCLAUGHLIN & MORAN TO PLAINTIFF'S COMPLAINT AND NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT was emailed on this 14 day ofApril, 2006 to the following:

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| John P. Barylick, Esq. | jbp@wistbar.com |
| Thomas R. Bender, Esq. | stationfire@hansonurran.com |
| C. Russell Bengston, Esq. | rbengston@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D.Cahill, Esq. | mcahill@choate.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| John R. Crockett, III, Esq. | jcrocket@fbtlaw.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |

| | |
|---|---|
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquire.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Willliam A. Filippo, Esq. | wfilippo@calvinolaw.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Stephen Izzi, Esq. | Stephen.izzi@hklaw.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verison.net |
| Ronald Langlois, Esq. | rlanglois@smithrink.com |
| James R. Lee, Esq. | jl@riag.ri.gov |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Richard W. McAdams, Esq. | rmacadams@mandwlaw.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsanagell.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Marks S. Mandell, Esq. | msb@msb-atty.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| Matthew F. McPherson, Esq. | emcpherson@m-klw.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue, Esq. | sodonoghue-hcc-law.com |
| J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael A. St. Pierre, Esq. | pschneider@cmj-law.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Ann Songer, Esq. | asonger@shb.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |

| | |
|---|---|
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Scott T. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Earl H. Walker, esq. | ewalker@jw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Max Wistow, Esq. | mw@wistbar.com |
| George Wolf, III, Esq. | gwolf@shb.com |

848218_1/4573-2