UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WILLIAM LONG

VS. C.A.No: 06-047-L

AMERICAN FOAM CORPORATION,
ET AL

**ANSWER OF BARRY WARNER TO PLAINTIFF'S PRO FORMA COMPLAINT AND NOTICE OF ADOPTION OF FIRST AMENDED MASTER COMPLAINT**

The Plaintiff filed a pro forma complaint and has adopted the First Amended Master Complaint and the Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al , C.A.No: 04-312-L, in its entirety, and in addition, adopted the additional allegations and claims in Henault, et al v. American Foam, et al, C.A.No: 03-483-L. This Defendant hereby incorporates the answers filed on its behalf to the First Amended Master Complaint and the Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312-L, and its answer filed on its behalf in Henault, et al v. American Foam, et al, C.A.No: 03-483-L.

Barry Warner responds to Plaintiff's allegations in the Pro Forma Complaint as follows:

PARTIES

**Plaintiff**

1. The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraph 1, and calls upon the Plaintiff to prove the same.

**Defendants**

2-8 The Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of paragraphs 2 through 8, and calls upon the Plaintiff to prove the same.

**ADDITIONAL COUNT ONE SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS, A/K/A GREAT WHITE**

9. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint and Paragraphs 1 through 8 of this Answer.

10-11 The Defendant, Barry Warner, states that Count One, paragraphs 10 and 11 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count One, paragraphs 10 and 11 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITONAL COUNT TWO SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO JACK RUSSELL, MARK KENDALL, DAVID FILICE, ERIC POWERS A/K/A GREAT WHITE-VIOLATION OF RHIDE ISLAND GENERAL LAWS TITLE 9, CHAPTER 1, SECTION 2**

12. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint and Paragraphs 1 through 11 of this Answer.

13 The Defendant, Barry Warner, states that Count Two, paragraph 13 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Two, paragraph 13 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT THREE SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH NEGLIGENCE**

14. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint and Paragraphs 1 through 8 of this Answer.

15-16 The Defendant, Barry Warner, states that Count Three, paragraphs 15 and 16 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Three, paragraphs 15 and 16 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT FOUR SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO LUNA TECH, INC. AND LUNA TECH PYROTECHNIC, GMBH STRICT LIABILITY**

17. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint and Paragraphs 1 through 8 and 14 through 16 of this Answer.

18-22 The Defendant, Barry Warner, states that Count Four, paragraphs 18 through 22 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Four, paragraphs 18 through 22 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT FIVE SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO CITADEL COMMUNICATIONS CORPORATION D/B/A Q105 AND WQGN NEGLIGENCE**

23. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint and Paragraphs 1 through 8 of this Answer.

24-34 The Defendant, Barry Warner, states that Count Five, paragraphs 24 through 34 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Five, paragraphs 24 through 34 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT SIX SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DAVID LAROCQUE NEGLIGENCE**

35. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint, Paragraphs 411 through 429 of the First Amended Master Complaint and Paragraphs 1 through 8 of this Answer.

36-44 The Defendant, Barry Warner, states that Count Six, paragraphs 36 through 44 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Six, paragraphs 36 through 44 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT SEVEN SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO THE TOWN OF WEST WARWICK AND FIRE INSPECTOR DENNIS LAROCQUE-TITLE 9, CHAPTER 1, SECTION 2**

45. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint, Paragraphs 411 through 429 of the First Amended Master Complaint and Paragraphs 35 through 44 of this Answer.

46 The Defendant, Barry Warner, states that Count Seven, paragraph 46 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Seven, paragraph 46 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT EIGHT SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWNES, FIRE MARSHAL**
**NEGLIGENCE**

47. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint, Paragraphs 434 through 440 of the First Amended Master Complaint and Paragraphs 1 through 8 of this Answer.

48-56 The Defendant, Barry Warner, states that Count Eight, paragraphs 48 through 56 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Eight, paragraphs 48 through 56 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT NINE SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG AS TO THE STATE OF RHODE ISLAND AND IRVING J. OWNES, FIRE MARHSAL – TITLE 9, CHAPTER 1, SECTION 2**

57. The Defendant realleges and incorporates its answers to paragraphs 1 through 271 of its answers to the First Amended Master Complaint, Paragraphs 434 through 440 of the First Amended Master Complaint and Paragraphs 47 through 56 of this Answer.

58 The Defendant, Barry Warner, states that Count Nine, paragraph 58 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Nine, paragraph 58 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**ADDITIONAL COUNT TEN SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG ALLEGING JOINT VENTURE LIABILITY AS TO JEFFREY DERDERIAN, ETAL**

59. The Defendant realleges and incorporates its answers to all prior paragraphs in the First Amended Master Complaint and the prior additional responses of this Answer.

60-64 The Defendant, Barry Warner, states that Count Ten, paragraphs 60 through 64 of the plaintiff's pro forma complaint contains factual allegations against individuals or entities other than Barry Warner, and therefore, no response to said paragraph is required. Insofar as Count Ten, paragraphs 60 through 64 may be construed to contain factual allegations against the defendant, Barry Warner, the same are denied.

**PRAYER FOR RELIEF SUBMITTED ON BEHALF OF THE PLAINTIFF WILLIAM LONG**

The Defendant, Barry Warner, is without knowledge or information sufficient to form a belief as to the truth of the averments of the Plaintiff's pray for relief, and calls upon the Plaintiff to prove the same. Insofar as the Plaintiff is alleging negligence on the part of the Defendant, Barry Warner, the same is denied.

WHEREFORE, the Defendant, Barry Warner, demands that the Plaintiff's Complaint be denied and dismissed and the Defendant, Barry Warner, be awarded its costs and attorneys' fees.

**AFFIRMATIVE DEFENSES**

Barry Warner adopts and restates herein the Affirmative Defenses previously pled in his answer to the First Amended Master Complaint and Third Amended Master Complaint in Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al, C.A.No: 04-312-L, and his answer to the Plaintiff's Notice of Adoption of First Amended Master Complaint in Henault, et al v. American Foam, et al, C.A.No: 03-483-L.

**BARRY WARNER**

By his Attorneys,

Ronald Langlois, Esq. #2891
**Smith & Brink, P.C.**
One State Street, Suite 400
Providence, Rhode Island 02908
(401) 351-9970
*Fax* (401) 274-6218

Dated: ~~April~~ May 12 ~~25~~, 2006

Defendant, ***Barry Warner***, hereby claims a trial by jury.

Ronald Langlois, Esq.

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to the attorney(s) listed below on the 15 day of May, 2006.

Dana Palangi

| | |
|---|---|
| angelonelaw@aol.com; | Thomas C Angelone, Esq |
| atrevelise@reedsmith.com; | Andrew J. Trevelise, Esq |
| attynazzaro@aol.com; | John J. Nazzaro, Esq |
| Bkeller@debevoise.com; | Bruce P. Keller, Esq |
| Boyerlaw1@aol.com; | Gregory L. Boyer, Esq |
| Brian@briancunha.com; | Brian R. Cunha, Esq |
| CBabcock@jw.com; | Charles Babcock, Esq |
| cdiedrich@sloanewalsh.com; | Curtis R. Diedrich, Esq |
| cfallon@cozen.com; | Christopher C. Fallon, Jr, Esq |
| credihan@KPRLaw.com; | Charles n. Redihan, Jr, Esq |
| dmaroney@kkrs.com; | Donald J. Maroney, Esq |
| ecrane@skadden.com; | Edward M. Crane, Esq |
| ehincheny@sloanewalsh.com; | Edward T. Hinchey, Esq |
| emancuso@hwac.com; | Eva Marie Mancuso, Esq |
| emcpherson@m-klaw.com; | Edwin F. McPherson, Esq |
| fogerty@holloran-sage.com; | Stephen P. Fogerty, Esq |
| fonia@msn.com; | James Howe, Esq |
| Georgia.Sullivan@thehartford.com; | Georgia Sullivan, Esq |
| Gwolf@shb.com; | George E. Wolf, Esq |
| Hmerten.station@psh.com; | Howard A. Merten, Esq |
| horganlaw@snet.com; | Daniel J. Horgan, Esq |
| inmantourgeelaw@aol.com; | Mark D. Tourgee, Esq |
| jburns@rms-law.com; | Joseph B. Burns, Esq |
| jdean@wistbar.com | John P. Barylick, Esq |
| jjm@petrarcamcgair.com; | Joseph J. McGair, Esq |
| jlee@riag.state.ri.us; | James R. Lee, Esq |
| johnmahoney@amlawllp.com; | John R. Mahoney, Esq |
| josephkrowski.law@verizon.net; | Joseph Krowski, Esq |
| lmagro@hcc-law.com; | Linda Magro, Esq |
| jreilly@kkrs.com; | James H. Reilly III, Esq |
| jrestivo@reedsmith.com; | James Restivo, Esq |
| jro@olenn-penza.com; | J. Renn Olenn, Esq |
| jruggieri@hcc-law.com | James A. Ruggieri, Esq |
| jtm@hansoncurran.com; | James T. Murphy, Esq |
| knm@hansoncurran.com; | Kelly N. Michels, Esq |
| stationfire@desistolaw.com | Marc DiSisto, Esq |
| mcahill@choate.com; | Mark D. Cahill, Esq |
| mfm@lmkbw.com; | Matthew f. Medeiros, Esq |

| | |
|---|---|
| mhadden@mhaddenlaw.com; | Mark Hadden, Esq |
| mikesp@rrsplaw.com; | Michael A. St. Pierre, Esq |
| mnugent@morrisonmahoney.com; | Mark T. Nugent, Esq |
| mpotenza@debevoise.com; | Michael Potenza, Esq |
| MRD@gsm-law.com; | Michael R. DeLuca, Esq |
| msmandell@msn.com; | Mark S. Mandell, Esq |
| pjones@cmi-law.com; | Patrick T. Jones, Esq |
| pvsullivan@morrisonmahoney.com; | Mark C. Hadden, Esq |
| rbengtson@ckmlaw.com; | C. Russell Bengtson, Esq |
| Reardonlaw@aol.com; | Robert I. Reardon, Jr, Esq |
| Resminilaw@yahoo.com; | Ronald J. Resmini, Esq |
| ricedolank@aol.com; | Mark P. Dolan, Esq |
| rmacadams@mandwlaw.com; | Richard W. MacAdams, Esq |
| rmonaco.c-l@snet.net; | Ralph J. Monaco, Esq |
| sbreggia@bbglaw.us; | Stephen E. Breggia, Esq |
| singinglawyer@msn.com; | Stephanie DiMaio Larivee, Esq |
| smacgillivray@edwardsangell.com; | Stephen J. MacGillivray, Esq |
| SMinicucci@calvinolaw.com; | Steven A. Minicucci, Esq |
| sohohomes@yahoo.com; | Howard J. Julian, Esq |
| sprignano@edwardsangell.com; | Stephen M. Prignano, Esq |
| Stephen.izzi@hklaw.com; | Stephen A Izzi, Esq |
| stucker@ths-law.com | Scott J. Tucker, Esq |
| stationfire@blishcavlaw.com; | Kristin E. Rodgers, Esq |
| StationFireLitigation@nixonpeabody.com | Fred A. Kelly, Jr, Esq |
| StationLitigation@melicklaw.com; | T. Dos Urbanski, Esq |
| swettle@fbtlaw.com; | Susan S. Wettle, Esq |
| tdemarco@conversent.net; | Anthony F. DeMarco, Esq |
| tlyons@straussfactor.com; | Thomas W. Lyons, Esq |
| tmcgough@reedsmith.com; | W. Thomas McGough Jr, Esq |