UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG, Plaintiff, | : | |
| vs. | : | C.A. No. 06-047/L (adopting C.A. No. 03-483/L) |
| AMERICAN FOAM CORPORATION, et al. Defendants | : | |

**ENTRY OF APPEARANCE**

We hereby enter our appearance on behalf of defendants Knight Industries, LLC, Knight Industries I, LLC, Knight-Celotex, LLC, Knight-Celotex Lisbon Falls, LLC and Knight Industries Inc. in the above-entitled matter.

Henry M. Swan (#1056)
Davis, Kilmarx, Swan & Bowling, LLP
101 Dyer Street
Providence, RI 02903
Telephone 401 273-9000
Fax 401 273-9724
hms@dksblaw.com

David E. Maglio (#3459)
David E. Maglio & Associates, P.C.
101 Dyer Street
Providence, RI 02903
Telephone 401 831-5400
Fax 401 831-7979
dmaglio@magliolaw.com

Local Counsel

- and –

Timothy B. Hardwicke
Meghan H. Sullivan
LATHAM & WATKINS LLP
233 South Wacker Drive
Suite 5800
Chicago, IL 60606
Telephone (312) 876-7700
Fax (312) 993-9767
Timothy.Hardwicke@lw.com
Meghan.Sullivan@lw.com
**Application for admission**
***pro hac vice pending***

Dated: May 26, 2006

CERTIFICATION

I hereby certify that an exact copy of the within document was electronically mailed to the following individuals on this 26th day of May, 2006.

| | |
|---|---|
| Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| Ann Songer, Esq. | asonger@shb.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Anthony R. Leone, Esq. | ricedolank@aol.com |
| Bennett R. Gallo, Esq. | brg@ndgrb.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Brian Cunha, Esq. | brian@Briancunha.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| Christopher A.D. Hunt, Esq. | StationLitigation@cetcap.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Daniel Horgan, Esq. | horganlaw@snet.net |
| Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |
| Deborah Solmor, Esq | dsolmor@skadden.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |

| | |
|---|---|
| Earl H. Walker, Esq. | ewalker@jw.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Eric M. Sommers, Esq. | esommers.station@psh.com |
| Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| George E. Wolf, III, Esq. | gwolf@shb.com |
| Georgia Sullivan, Esq. | georgia.sullivan@thehartford.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Howard A. Merten, Esq. | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| Ian Ridlon, Esq. | stationfirelitigation@nixonpeabody.com |
| J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| James H. Reilly, III, Esq. | jreilly@kkrs.com |
| James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| James R. Lee, Esq. | jlee@riag.ri.gov |
| James T. Murphy, Esq. | stationfire@hansoncurran.com |
| John H. Aronson, Esq. | jaronson@mccormackfirm.com |
| John Barylick, Esq. | jpb@wistbar.com |
| John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Joseph J. Bellew, Esq. | jbellew@cozen.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Kate Harden, Esq. for J. Renn Olenn | kbh@olenn-penza.com |
| Kathleen C. Henry, Esq. | khenry@choate.com |
| Kelly N. Michels, Esq. | stationfire@hansoncurran.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Kim M. Clarke, Esq. | kclarke@nixonpeabody.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| Lauren D. Wilkins, Esq. | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Lawrence G. Cetrulo, Esq. | StationLitigation@cetcap.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Mark D. Cahill, Esq. | mcahill@choate.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |

| | |
|---|---|
| Mark S. Mandell, Esq. | msb@msb-atty.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Mark T. Reynolds, Esq | mtreynolds@conversent.net |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Max Wistow, Esq. | jdean@wistbar.com |
| Meghan Sullivan, Esq. | Meghan.Sullivan@lw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Michael J. Mazurczak, Esq. | stationlitigation@melicklaw.com |
| Michael J. McCormack, Esq. | mmccormack@mccormackfirm.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Nancy W. Hamilton, Esq. | nhamilton@jw.com |
| Patrick T. Jones, Esq. | pjones@cmjlaw.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Peter Schneider, Esq. | pschneider@cmjlaw.com |
| Ralph J. Monaco, Esq. | rmonaco.c-l@snet.net |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Robert T. Norton, Esq. | rnorton@sloanewalsh.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| Ronald Langlois, Esq. | rlanglois@smithbrink.com |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Scott J. Tucker, Esq. | stucker@ths-law.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Stephen T. Armato, Esq. | StationLitigation@cetcap.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Timothy Hardwicke, Esq. | Timothy.Hardwicke@lw.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| William E. O'Gara, Esq. | wogara@pld-law.com |

h:\clients\station fire\pleadings\long pleadings\entry of appearance