**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM LONG | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 06-0047-L (adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORPORATION, et al. | ) | |
| Defendants, | ) | |

**PREGIS CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND SUPPORTING MEMORANDUM OF LAW**

Defendant Pregis Corporation hereby moves to dismiss the complaint against it for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2). In support hereof, Pregis Corporation adopts and incorporates by reference its Motion to Dismiss for Lack of Personal Jurisdiction, Memorandum of Law in Support of its Motion to Dismiss for Lack of Personal Jurisdiction and the Affidavit of Steven C. Huston filed in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312L.

Respectfully Submitted,

PREGIS CORPORATION

By its Attorneys,

S. Michael Levin (#3796)
WINOGRAD, SHINE & ZACKS, P.C.
123 Dyer Street
Providence, Rhode Island 02903-3980
Tel: (401) 273-8300
Fax: (401) 272-5728 (fax)
mlevin@wszlaw.com

Peter L. Resnik (Pro hac vice)
Steven W. Kasten (Pro hac vice)
McDERMOTT WILL & EMERY LLP
28 State Street
Boston, Massachusetts 02109-1775
Tel: (617) 535-4000
Fax: (617) 535-3800
presnik@mwe.com
skasten@mwe.com

Dated: June 12, 2006

**CERTIFICATION**

I hereby certify that on the 12th day of June, 2006, I caused to be served a copy of the attached pleading via electronic mail, unless otherwise indicated, to the list of counsel of record attached hereto.

John Flanagan, Esq.
Airport Professional Park
2348 Post Road
Warwick, RI 02886

Joseph F. Krowski, Esq.
Law Offices of Joseph F. Krowski
30 Cottage Street
Brockton, MA 02301

| | |
|---|---|
| 1. Allen J. McCarthy, Esq. | stationlitigation@melicklaw.com |
| 2. Amy Minchillo, Esq. | aminchillo@itwlaw.com |
| 3. Andrew J. Trevelise, Esq. | atrevelise@reedsmith.com |
| 4. Ann Songer, Esq. and | stationfire@shb.com |
| 5. Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| 6. Anthony R. Leone, Esq. | leonelaw@cox.net |
| 7. B. Jon Enciso | jenciso@legalmgt.com |
| 8. Bennett R. Gallo, Esq. | brg@ndgrb.com |
| 9. Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| 10. Brian Cunha, Esq. | brian@Briancunha.com |
| 11. Bruce P. Keller, Esq. | bkeller@debevoise.com |
| 12. Bruce G. Tucker, Esq. | btucker@legalmgt.com |
| 13. C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| 14. Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| 15. Charles Babcock, Esq. | cbabcock@jw.com |
| 16. Charles N. Redihan, Jr., Esq. | credihan@kprlaw.com |
| 17. Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| 18. Christopher A.D. Hunt, Esq. | chunt@cetcap.com |
| 19. Craig A. Johns, Esq. | johnsc@nationwide.com |

| | |
|---|---|
| 20. Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| 21. Daniel Horgan, Esq. | horganlaw@snet.net |
| 22. Daniel P. McKiernan, Esq. | danielpmckiernan@yahoo.com |
| 23. David E. Maglio, Esq. | dmaglio@magliolaw.com |
| 24. David T. Mitrou, Esq. | dmitrou@mccormackfirm.com |
| 25. David A. Wollin, Esq. | dwollin@apslaw.com |
| 26. Deborah Solmor, Esq. | dsolmor@skadden.com |
| 27. Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| 28. Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| 29. Earl H. Walker, Esq. | ewalker@jw.com |
| 30. Edward M. Crane, Esq. | ecrane@skadden.com |
| 31. Edward T. Hinchey, Esq. | ehinchey@sloanewalsh.com |
| 32. Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| 33. Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| 34. Esquire Deposition Solutions | stationfire@esquirecom.com |
| 35. Esquire Litigation Solutions LLC | stationfire@esquirecom.com |
| 36. Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| 37. Fred A. Kelly, Jr., Esq. | stationfirelitigation@nixonpeabody.com |
| 38. George Sullivan | georgia.sullivan@thehartford.com |
| 39. Henry M. Swan, Esq. | hms@dksblaw.com |
| 40. Howard A. Merten, Esq. | hmerten.station@psh.com |
| 41. Howard Julian | sohohomes@yahoo.com |
| 42. Ian Ridlon, Esq. | Stationfire;litigation@nixonpeabody.com |
| 43. J. Renn Olenn, Esq. (Kate Harden) | kbh@olenn-penza.com |
| 44. James A. Bigos, Esq. | jim@b-plaw.com |
| 45. James A. Ruggieri, Esq. | jruggieri@hcc-law.com |
| 46. James H. Reilly, III, Esq. | jreilly@kkrs.com |
| 47. James J. Restivo, Jr., Esq. | jrestivo@reedsmith.com |
| 48. James R. Lee, Esq. | jlee@riag.ri.gov |
| 49. James T. Murphy, Esq. | stationfire@hansoncurran.com |
| 50. Jessica Deanseris, Esq. | jad@wistbar.com |
| 51. Jessica Deanseris, Esq. | Jdean@wistbar.com |
| 52.John H. Brooke, Esq. | jbrooke@brookemawhorr.com |
| 53. John J. Cloherty III, Esq. | jcloherty@piercedavis.com |
| 54. John J. Flanagan, Esq. | jflanagan@torti.com |
| 55. John J. Nazzaro, Esq. | attynazzaro@aol.com |
| 56. John P. Barylick, Esq. | jpb@wistbar.com |
| 57. John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| 58. John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| 59. Joseph B. Burns, Esq. | jburns@rms-law.com |
| 60. Joseph H. Aronson, Esq. | jaronson@mccormackfirm.com |
| 63. Joseph J. Bellew, Esq. | jbellew@cozen.com |
| 64. Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| 65. Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| 66. Karen A. Alegria, Esq. | Karen@Briancunha.com |
| 67. Kate Harden, Esq. For J. Renn Olenn | kbh@olenn-penza.com |

68. Kathleen C. Henry, Esq. khenry@choate.com
69. Kelly N. Michels, Esq. stationfire@hansoncurran.com
70. Kevin F. Bowen, Esq. kbowen@bbglaw.us
71. Kim M. Clarke, Esq. kclarke@nixonpeabody.com
72. Kristin E. Rodgers, Esq. stationfire@blishcavlaw.com
73. Lauren D. Wilkins, Esq. lwilkins@smithbrink.com
74. Lawrence J. Cappuccio, Esq. l.cappuccio@worldnet.att.net
75. Lawrence G. Cetrulo, Esq. lcetrulo@cetcap.com
76. Linda Magro, Esq. jruggieri@hcc-law.com
77. Marc DeSisto, Esq. stationfire@desistolaw.com
78. Mark D. Cahill, Esq. mcahill@choate.com
79. Mark D. Tourgee, Esq. aminchillo@itwlaw.com
80. Mark Hadden, Esq. mhadden@mhaddenlaw.com
81. Mark P. Dolan, Esq. ricedolank@aol.com
82. Mark S. Mandell, Esq. msb@msb-atty.com
83. Mark Parsky, Esq. mep@mcveyparsky-law.com
84. Mark T. Nugent, Esq. mnugent@morrisonmahoney.com
85. Mark T. Reynolds, Esq. mtreynolds@conversent.net
86. Mark Ter Molen, Esq. khenry@choate.com
87. Matthew F. Medeiros, Esq. mfm@lmkbw.com
88. Meghan Sullivan, Esq. meghan.sullivan@lw.com
89. Max Wistow, Esq. mw@wistbar.com
90. Michael A. St. Pierre, Esq. mikesp@rrsplaw.com
91. Michael G. Sarli, Esq. mgs@gsm-law.com
92. Michael J. Mazurczak, Esq. stationlitigation@melicklaw.com
93. Michael J. McCormack, Esq.. mmccormack@mccormackfirm.com
94. Michael Potenza, Esq. mpotenza@debevoise.com
95. Michael R. DeLuca, Esq. mrd@gsm-law.com
96. Nancy W. Hamilton, Esq. nhamilton@jw.com
97. Patrick T. Jones, Esq. pjones@cmjlaw.com
98. Peter L. Resnick, Esq. presnick@mwe.com
99. Paul Sullivan, Esq. pvsullivan@morrisonmahoney.com
100. Peter Schneider, Esq. pschneider@cmjlaw.com
101. Ralph J. Monaco, Esq. rmonaco.c-l@snet.net
102. Randall L. Souza, Esq. rsouza@shslawfirm.com
103. Richard W. MacAdams, Esq. rmacadams@mandwlaw.com
104. Robert I. Reardon, Esq. reardonlaw@aol.com
105. Robert T. Norton, Esq. rnorton@sloanewalsh.com
106. Ronald J. Creamer, Esq. resminilaw@yahoo.com
107. Ronald J. Resmini, Esq. resminilaw@yahoo.com
108. Ronald Langlois, Esq. rlanglois@smithbrink.com
109. Russell Bramley, Esq. bramley@hbhlaw.net
110. Scott J. Tucker, Esq. stucker@ths-law.com
111. Stefanie DiMaio-Larivee, Esq. fonia@msn.com
112. Stephanie E. Breggia, Esq. sbreggia@bbglaw.us
113. Stephen Izzi, Esq. Stephen.izzi@hklaw.com

| | |
|---|---|
| 114. Stephen J. MacGillivray, Esq. | smacgillivray@edwardsangell.com |
| 115. Stephen M. Prignano, Esq. | sprignano@edwardsangell.com |
| 116. Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| 117. Stephen T. Armato, Esq. | sarmato@cetcap.com |
| 118. Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| 119. Steven M. Richard, Esq. | stationfirelitigation@nixonpeabody.com |
| 120. Steven W. Kasten, Esq. | skasten@mwe.com |
| 121. Stewart F. Grossman, Esq. | sgrossman@lgllp.com |
| 122. Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| 123. Suzanne O'Donoghue, Esq. | sodonoghue@hcc-law.com |
| 124. T. Dos Urbanski, Esq. | stationlitigation@melicklaw.com |
| 125. Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| 126. Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| 127. Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| 128. Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| 129. Timothy Hardwicke | Timothy.Hardwicke@lw.com |
| 130. Tracy L. Poppe, Esq. | reardonlaw@aol.com |
| 131. W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| 132. William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| 133. William E. O'Gara, Esq. | wogara@pld-law.com |
| 134. William F. Burke, Esq. | wburke@apslaw.com |