**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**WILLIAM LONG**

**v.** **C.A. NO: 06-047L**

**AMERICAN FOAM CORPORATION, et al.**

**ANSWER OF DEFENDANT, FFNC, INC.**

Plaintiff, William Long, has adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312 L, in its entirety. Defendant, FFNC, Inc., has been served with a Summons and Notice of Adoption of Third Amended Master Complaint. Defendant, FFNC, Inc., hereby repeats and incorporates by reference its Answer and affirmative defenses to the Gray Plaintiffs' Third Amended Master Complaint.

Likewise, Defendant, FFNC, Inc., demands trial by jury.

Defendant, FFNC, Inc.
By its Attorneys:

Michael R. De Luca, # 3663
Gidley, Sarli & Marusak, LLP
One Turks Head Place, Suite 900
Providence, RI 02903
(401) 274-6644
(401) 331-9304 fax

**CERTIFICATION**

I hereby certify that a true copy of the within was served via e-mail upon all parties shown on the attached service list on the 16 day of June, 2006.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON THE 16 DAY OF JUNE 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Allen McCarthy | amccarthy@melicklaw.com |
| Andrew J. Trevelise | atrevelise@reedsmith.com |
| Ann Songer/George Wolf | stationfire@shb.com |
| Anthony DeMarco | tdemarco@conversent.net |
| Bennett Gallo | brg@ndgrb.com |
| Brian R. Cunha | brian@briancunha.com |
| Bruce P. Keller | bkeller@debevoise.com |
| C. Russell Bengtson | rbengtson@ckmlaw.com |
| Carl A. Henlein | chenlein@fbtlaw.com |
| Charles Babcock | cbabcock@jw.com |
| Charles Redihan | credihan@kprlaw.com |
| Christopher Fallon, Jr. | cfallon@cozen.com |
| Craig A. Johns | johnsc@nationwide.com |
| Curtis R. Diedrich | cdiedrich@sloanewalsh.com |
| Daniel J. Horgan | horganlaw@snet.net |
| David E. Maglio | dmaglio@magliolaw.com |
| David T. Mitrou | dmitrou@mccormackfirm.com |
| David Wollin | dwollin@apslaw.com |
| Deborah Solmor | dsolmor@skadden.com |
| Donald Maroney | dmaroney@kkrs.com |
| Earl H. Walker | ewalker@jw.com |
| Edward Hinchey | ehinchey@sloanewalsh.com |
| Edward M. Crane | ecrane@skadden.com |
| Eric Bradford Hermanson | ehermanson@choate.com |
| Esquire | stationfire@esquirecom.com |
| Eva Marie Mancuso | emancuso@hwac.com |
| Howard A. Merten | hmerten.station@psh.com |
| Howard Julian | sohohomes@yahoo.com |
| J. Renn Olenn | kbh@olenn-penza.com |
| James A. Bigos | jim@b-plaw.com |
| James Lee | jlee@riag.state.ri.us |
| James T. Murphy | stationfire@hansoncurran.com |
| James H. Reilly | jreilly@kkrs.com |
| James Restivo | jrestivo@reedsmith.com |
| James Ruggieri | jruggieri@hcc-law.com |
| Jessica Deanseris | jdean@wistbar.com |
| John Barylick | jbp@wistbar.com |
| John R. Crocket, III | jrocket@fbtlaw.com |
| John F. Flanagan | jflanagan@torti.com |
| John Nazzaro | attynazzaro@aol.com |

| | |
|---|---|
| John R. Mahoney | johnmahoney@amlawllp.com |
| Joseph B. Burns | jburns@rms-law.com |
| Joseph V. Cavanagh, Jr. | stationfire@blishcavlaw.com |
| Kelly N. Michels | stationfire@hansoncurran.com |
| Kevin F. Bowen | kbowen@bbglaw.us |
| Kristin E. Rodgers | stationfire@blishcavlaw.com |
| Lauren Wilkins | lwilkins@smithbrink.com |
| Lawrence J. Cappuccio | l.cappuccio@worldnet.att.net |
| Marc DeSisto | stationfire@desistolaw.com |
| Mark C. Hadden | mhadden@mhaddenlaw.com |
| Mark D. Cahill | mcahill@choate.com |
| Mark P. Dolan | ricedolank@aol.com |
| Mark Parsky | mep@mcveyparsky-law.com |
| Mark S. Mandell | msmandell@msn.com |
| Mark T. Nugent | mnugent@morrisonmahoney.com |
| Mark R. Ter Moten | mtermoten@mayerbrownrowe.com |
| Mark Tourgee | aminchillo@itwlaw.com |
| Matthew F. McPherson | emcpherson@m-klw.com |
| Matthew F. Medeiros | mfm@lmkbw.com |
| Max Wistow | mw@wistbar.com |
| Michael J. Mazurczak | StationLitigation@melicklaw.com |
| Michael McCormack | Mmccormack@mccormackfirm.com |
| Michael Potenza | mpotenza@debevoise.com |
| Michael St. Pierre | mikesp@rrsplaw.com |
| Nancy W. Hamilton | nhamilton@jw.com |
| Paul Sullivan | pvsullivan@morrisonmahoney.com |
| Patrick Jones | pjones@cmj-law.com |
| Ralph J. Monaco | rmonaco.c-l@snet.net |
| Richard MacAdams | rmacadams@mandwlaw.com |
| Robert Norton | rnorton@sloanewalsh.com |
| Robert Reardon | reardonlaw@aol.com |
| Ronald J. Creamer | resminilaw@yahoo.com |
| Ronald Langlois | stationfire@smithbrink.com |
| Ronald J. Resmini | resminilaw@yahoo.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Scott Tucker | stucker@ths-law.com |
| Stephanie DiMaio Larivee | fonia@msn.com |
| Stephen T. Armato | stationlitigation@cetcap.com |
| Stephen Breggia | sbreggia@bbglaw.us |
| Stephen Fogerty | fogerty@halloran-sage.com |
| Stephen J. McGillivray | smacgillivray@edwardsanagell.com |
| Stephen Prignano | sprignano@edwardsangell.com |
| Steven Minicucci | sminicucci@calvinolaw.com |
| Susan Wettle | swettle@fbtlaw.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |
| T. Dos Urbankski | stationlitigation@melicklaw.com |

| | |
|---|---|
| Thomas Angelone | angelonelaw@aol.com |
| Thomas R. Bender | stationfire@hansoncurran.com |
| Thomas W. Lyons | tlyons@straussfactor.com |
| Timothy A. Williamson | aminchillo@itwlaw.com |
| Tina Pagnano | tpagnano@gunninglafazia.com |
| W. Thomas McGough | tmcgough@reedsmith.com |
| William A. Filippo | wfilippo@calvinolaw.com |
| William Heffernan | heffernanlaw@aol.com |
| Nixon Peabody | stationfirelitigation@nixonpeabody.com |
| | mostrowski@goodwin.com |
| | jenciso@legalmgt.com |
| | Dlamontagne@zizikpowers.com |
| | Stephen.Izzi@hklaw.com |
| | Levin@wszlaw.com |
| | Timothy.Hardwick@lw.com |