UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 06-047-L |
| | ) | |
| AMERICAN FOAM CORP., et al., | ) | |
| Defendants | ) | |

**RESPONSE OF DEFENDANT SEALED AIR CORPORATION TO PLAINTIFF'S PRO FORMA COMPLAINT ADOPTING PREVIOUSLY FILED MOTION TO DISMISS**

Defendant Sealed Air Corporation, hereinafter referred to as "SAC", in response to plaintiff's "Pro Forma Complaint" and "Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation)", hereby adopts and incorporates by reference as if fully set forth herein, its Motion to Dismiss, and Memorandum of Law in Support Thereof, filed in response to plaintiffs' Third Amended Master Complaint in *Albert L. Gray, et al. v. Jeffrey Derderian, et al,* C.A. No. 1:04-CV-312-L.

Respectfully submitted,
Defendant,
SEALED AIR CORPORATION,
By its attorneys,

John J. Cloherty III, RI Bar No. 5068
PIERCE, DAVIS & PERRITANO, LLP
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Providence Office:
128 Dorrance Street, Suite 400
Providence, RI 02903

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served a copy of the within document in pdf format by electronic mail on the 26th day of June, 2006, to counsel of record.

John J. Cloherty III