AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Framingham-150 Realty Limited Partnership by Framingham-150
Realty, Inc., its General Partner, c/o Stewart F. Grossman, Esq.
(agent for service of process)
101 Arch Street, 9th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/19/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION;<br>et al.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON FRAMINGHAM-150 REALTY LIMITED PARTNERSHIP BY FRAMINGHAM-150 REALTY, INC., ITS GENERAL PARTNER**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Massachusetts, Office of the Secretary of State, the General Partner of Defendant Framingham-150 Realty Limited Partnership is

Framingham-150, Realty, Inc., a Massachusetts corporation with an agent for service of process listed as Stewart F. Grossman, Esq., 101 Arch Street, 9th Floor, Boston, Massachusetts, 02110.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to Stewart F. Grossman, Esq., agent for service, 101 Arch Street, 9th Floor, Boston, Massachusetts, 02110.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on May 30, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Framingham-150 Realty Limited Partnership
by Framingham-150 Realty, Inc., its General Partner
c/o Stewart F. Grossman, Esq. (agent for service of process)
101 Arch Street, 9th Floor
Boston, MA 02110

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [handwritten, illegible]

C. Date of Delivery 5-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1160 0002 9308 3478

PS Form 3811, February 2004 Domestic Return Receipt Long 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Sealed Air Corp.
c/o The Prentice Hall Corporation System, Inc. (agent for service)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

5/19/06

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | : | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEALED AIR CORP.**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Delaware, Office of the Secretary of State, Defendant Sealed Air Corp. is a Delaware corporation with an agent for service of

process listed as The Prentice Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to The Prentice Hall Corporation System, Inc., agent for service, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on May 30, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sealed Air Corp.
c/o The Prentice Hall Corporation System, Inc. (agent for service)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X Laura Cooper ☐ Agent ☐ Addressee

B. Received by ( Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19808
MAY 30 2006
USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1160 0002 9308 3515

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

FFNC, Inc.
c/o Gregory W. Searson (agent for service of process)
Suite 1190
2120 South 72nd Street
Omaha, NE 68124

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/19/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON FFNC, INC.**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Nebraska, Office of the Secretary of State, Defendant FFNC, Inc., is a Nebraska corporation with an agent for service of process

listed as Gregory W. Searson, Suite 1190, 2120 South 72nd Street, Omaha, Nebraska 68124.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to Gregory W..Searson, agent for service of process, at Suite 1190, 2120 South 72nd Street, Omaha, Nebraska 68124.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on May 30, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FFNC, Inc.
% Gregory W. Searson
Suite 1190
2120 South 72nd Street
Omaha, NE 68124

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Greg Searson

C. Date of Delivery 5-30-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7005 1160 0002 9308 3492

PS Form 3811, February 2004 Domestic Return Receipt Long 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Sentinel Products Corp.
c/o John D. Bambara, President (agent for service of process)
96 Airport Road
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/18/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SENTINEL PRODUCTS CORP.**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Massachusetts, Office of the Secretary of State, Defendant Sentinel Products Corp, is a Massachusetts corporation with John D. Bambara listed as agent for service, 96 Airport Road, Hyannis, Massachusetts 02601.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to John D. Bambara, agent for service, 96 Airport Road, Hyannis, Massachusetts 02601.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on June 5, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentinel Products Corp.
c/o John D. Bambara, President
(agent for service of process)
96 Airport Road
Hyannis, MA 02601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name) [handwritten, illegible]

C. Date of Delivery 6/5/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1160 0002 9308 3485

PS Form 3811, February 2004 Domestic Return Receipt Long 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Sealed Air Corporation (US) a/k/a Sealed Air Corp., U.S.
c/o Corporation Service Company (agent for service)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE 5/19/06

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | : | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEALED AIR CORPORATION (US) a/k/a SEALED AIR CORP., U.S.**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Delaware, Office of the Secretary of State, Defendant Sealed Air Corp., U.S., is a Delaware corporation with an agent for service of

process listed as Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to Corporation Service Company, agent for service, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on May 30, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sealed Air Corporation (US) a/k/a
Sealed Air Corp., U.S.
c/o Corporation Service Company
(agent for service)
2711 Centerville Road, Suite 400
Wilmington, DE 19808

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Laura Cooper ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

WILMINGTON DE 19808
MAY 30 2006
USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7005 1160 0002 9308 3508

PS Form 3811, February 2004 Domestic Return Receipt Long 102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Seekonk-226 Limited Partnership by Seekonk-226, Inc., its General Partner, c/o Stewart F. Grossman, Esq. (agent for service of process)
101 Arch Street, 9th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/19/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SEEKONK-226 LIMITED PARTNERSHIP BY SEEKONK-226, INC., ITS GENERAL PARTNER**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Massachusetts, Office of the Secretary of State, the General Partner of Defendant Seekonk-226 Limited Partnership is Seekonk-226,

Inc., a Massachusetts corporation with an agent for service of process listed as Stewart F. Grossman, Esq., 101 Arch Street, 9th Floor, Boston, Massachusetts, 02110.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to Stewart F. Grossman, Esq., agent for service, 101 Arch Street, 9th Floor, Boston, Massachusetts, 02110.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on May 30, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Seekonk-228 Limited Partnership by Seekonk-228, Inc., its General Partner, c/o Stewart F. Grossman, Esq. (agent for service of process)
101 Arch Street, 9th Floor
Boston, MA 02110

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) [illegible]

C. Date of Delivery 5-30-05

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)*
7005 1160 0002 9308 3461

PS Form 3811, February 2004 Domestic Return Receipt Long - Seekonk 102595-02-M-1540