AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

William Long

V.

American Foam Corporation, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-047L

TO: (Name and address of Defendant)

Sentinel Products Corp.
c/o John D. Bambara, President (agent for service of process)
96 Airport Road
Hyannis, MA 02601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert I. Reardon, Jr., Esq.
The Reardon Law Firm
160 Hempstead Street
P.O. Box 1430
New London, CT 06320

Lawrence J. Cappuccio, Esq.
Cappuccio & Cappuccio
P.O. Box 763
17 Granite Street
Westerly, RI 02891

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/19/06

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG,<br><br>Plaintiff,<br><br>V.<br><br>AMERICAN FOAM CORPORATION; et al.<br>Defendants. | : | CIVIL ACTION NO: 06-047L<br>(adopting civil action no. 03-483-L) |

**AFFIDAVIT/CERTIFICATE OF PROOF OF SERVICE ON SENTINEL PRODUCTS CORP.**

I, Lawrence J. Cappuccio, say of my own personal knowledge that:

1. I am an attorney licensed to practice in the State of Rhode Island and am a member of the bar of the United States District Court, District of Rhode Island.

2. Plaintiff William Long adopted the Third Amended Master Complaint filed by the Gray Plaintiffs in the related case of Albert L. Gray, Administrator, et al. v. Jefffrey Derderian, et al., C.A. No. 04-312L.

3. Plaintiff William Long's Notice of Adoption of Third Amended Master Complaint was filed with the Clerk of the United States District Court, District of Rhode Island, on or about February 16, 2006.

4. According to the State of Massachusetts, Office of the Secretary of State, Defendant Sentinel Products Corp, is a Massachusetts corporation with John D. Bambara listed as agent for service, 96 Airport Road, Hyannis, Massachusetts 02601.

5. On May 25, 2006, a copy of the Summons; Notice of Adoption of the Third Amended Master Complaint; and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint, dated January 31, 2006, setting forth the additional allegations adopted by the Plaintiff William Long were mailed by certified mail, return receipt requested, to John D. Bambara, agent for service, 96 Airport Road, Hyannis, Massachusetts 02601.

6. The attached return receipt indicates that the copy of the Summons, Notice of Adoption of the Third Amended Master Complaint, and Pro Forma Complaint and Notice of Adoption of the First Amended Master Complaint were delivered on June 5, 2006. The original Return Receipt is attached hereto.

Lawrence J. Cappuccio
Federal Bar No. 2731

Subscribed and sworn to before me in the City of Westerly, South County, State of Rhode Island, this 30 day of June, 2006.

Notary Public

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sentinel Products Corp.
c/o John D. Bambara, President
(agent for service of process)
96 Airport Road
Hyannis, MA 02601

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X ☐ Agent ☑ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery 6/5/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from service label)* 7005 1160 0002 9308 3485

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540