UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WILLIAM LONG, | : | CIVIL ACTION NO: 06-047L (adopting civil action no. 03-483-L) |
| Plaintiff, | : | |
| V. | : | |
| AMERICAN FOAM CORPORATION; et al. | : | |
| Defendants. | : | JULY 12, 2006 |

**PLAINTIFF WILLIAM LONG'S OBJECTION TO DEFENDANT SEALED AIR CORPORATION'S MOTION TO DISMISS**

The Plaintiff William Long hereby objects to the Motion of Defendant Sealed Air Corporation to dismiss the Plaintiff's Pro Forma Complaint and Notice of Adoption of Third Amended Master Complaint, and adopts the Memorandum of Law (and request for limited "corporate veil" discovery) filed by the Plaintiffs in Gray v. Derderian, C.A. No. 04-312L, on June 30, 2006, in support of his objection to Defendant Sealed Air Corporation's Motion to Dismiss.

ATTORNEYS FOR PLAINTIFF WILLIAM LONG

Lawrence J. Cappuccio
Fed. Bar No. 2731
Cappuccio & Cappuccio
17 Granite Street
P.O. Box 763l
Westerly, RI 02891
(401) 596-4072
(401) 596-5306 (fax)
l.cappuccio@worldnet.att.net

Robert I. Reardon, Jr.
Fed. Bar No. ct05358
The Reardon Law Firm, P.C.
160 Hempstead Street
New London, CT 06320
(860) 442-0444
(860) 444-6445 (fax)
reardonlaw@aol.com

## CERTIFICATION

I hereby certify that on July 14, 2006, a copy of the foregoing was sent by email as follows:

| | |
|---|---|
| James R. Lee, Esq. | Email: jlee@riag.state.ri.us |
| Marc Desisto, Esq. | Email: stationfire@desistolaw.com |
| Robert T. Norton, Esq.<br>Edward T. Hinchey, Esq. | Email: rnorton@sloanewalsh.com<br>Email: ehinchey@sloanewalsh.com |
| Ronald Langlois, Esq.<br>Lauren Wilkins, Esq. | Email: stationfire@smithbrink.com |
| Howard A. Merten, Esq. | Email: hmerten.station@psh.com |
| James T. Murphy, Esq.<br>Kelly N. Michels, Esq.<br>Thomas R. Bender, Esq.<br>Scott Tucker, Esq. | Email: stationfire@hansoncurran.com<br><br><br>Email: green@ths-law.com |
| Christopher C. Fallon, Jr., Esq. | Email: cfallon@cozen.com |
| Anthony F. DeMarco, Esq. | Email: tdemarco@conversent.net |
| Thomas C. Angelone, Esq. | Email: angelonelaw@aol.com |
| Joseph V. Cavanagh, Esq.<br>Kristin E. Rodgers, Esq. | Email: stationfire@blishcavlaw.com |
| Bruce Keller, Esq.<br>Michael Potenza, Esq. | Email: bpkeller@debevoise.com<br>Email: mpotenza@debevoise.com |
| Matthew F. Medeiros, Esq. | Email: mfm@lmkbw.com |
| Stephen M. Prignano, Esq.<br>Stephen J. MacGillivray, Esq. | Email: sprignano@eapdlaw.com<br>Email: smacgillivray@eapdlaw.com |
| Donald J. Maroney, Esq.<br>James H. Reilly, Esq. | Email: dmaroney@kkrs.com<br>Email: jreilly@kkrs.com |
| Edwin F. McPherson, Esq. | Email: emcpherson@m-klaw.com |
| Steven M. Richard, Esq.<br>Fred Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Kim M. Clarke, Esq. | Email: kclarke@nixonpeabody.com |
| James A. Ruggieri, Esq.<br>Suzanne O'Donoghue, Esq. | Email: jruggieri@hcc-law.com<br>Email: sodonoghue@hcc-law.com |
| Carl A. Henlein, Esq.<br>Susan S. Wettle, Esq. | Email: chenlein@fbtlaw.com<br>Email: swettle@fbtlaw.com |
| Daniel J. Horgan, Esq. | Email: horganlaw@snet.net |
| John J. Nazzaro, Esq. | Email: nazzjn@aol.com |
| Ralph J. Monaco, Esq. | Email: rmonaco.c-l@snet.net |
| Ronald J. Resmini, Esq. | Email: Resminilaw@yahoo.com |
| Mark S. Mandell, Esq. | Email: msmandell@msn.com |
| Max Wistow, Esq. | Email: jdean@wistbar.com |
| Patrick T. Jones, Esq. | Email: pjones@cmj-law.com |
| Michael S. St. Pierre, Esq. | Email: mikesp@rrsplaw.com |

| | |
|---|---|
| Stephen E. Breggia, Esq. | Email: sbreggia@BBGlaw.us |
| Steven A. Minicucci, Esq. | Email: sminicucci@calvinolaw.com |
| Eva Marie Mancuso, Esq. | Email: Emancuso@hwac.com |
| Charles N. Redihan, Esq. | Email: credihan@KPRlaw.com |
| C. Russell Bengtson, Esq | Email: rbengtson@ckmlaw.com |
| Brian Cunha, Esq. | Email: brian@briancunha.com |
| Stefanie DiMaio-Larivee, Esq. | Email: fonia@msn.com |
| Scott J. Tucker, Esq. | Email: stucker@ths-law.com |
| Joseph B. Burns, Esq. | Email: jburns@rms-law.com |
| Mark Hadden, Esq. | Email: mhadden@mhaddenlaw.com |
| W. Thomas McGough, Jr., Esq.<br>James J. Restivo, Jr., Esq. | Email: jrestivo@reedsmith.com<br>Email: tmcgough@reedsmith.com |
| Thomas W. Lyons, Esq. | Email: tylons@straussfactor.com |
| Andrew J. Trevelise, Esq. | Email: atrevelise@reedsmith.com |
| Mark T. Nugent, Esq. | Email: mnugent@morrisonmahoney.com |
| Deborah G. Solmor, Esq.<br>Edward M. Crane, Esq. | Email: ecrane@skadden.com<br>Email: dsolmor@skadden.com |
| Mark D. Cahill, Esq.<br>Eric Hermanson, Esq. | Email: mcahill@choate.com<br>ehermanson@choate.com |
| J. Renn Olenn, Esq.<br>Kate Breslin Harden, Esq. | Email: kbh@olenn-penza.com |
| Mark D. Tourgee, Esq. | Email: aminchillo@itwlaw.com |
| Richard W. MacAdams, Esq. | Email: rmacadams@mandwlaw.com |
| James A. Bigos, Esq. | Email: jim@b-plaw.com |
| Georgia A. Sullivan, Esq. | Email: Georgia.sullivan@thehartford.com |
| Mark P. Dolan, Esq. | Email: ricedolank@aol.com |
| Stephen P. Fogerty, Esq. | Email: fogerty@halloran-sage.com |
| Howard Julian | Email: sohohomes@yahoo.com |
| George E. Wolf, III, Esq.<br>Ann Songer, Esq. | Email: stationfire@shb.com |
| John R. Mahoney, Esq. | Email: johnmahoney@amlawllp.com |
| Charles Babcock, Esq.<br>Nancy Hamilton, Esq.<br>Earl Walker, Esq. | Email: Cbabcock@jw.com<br>nhamilton@jw.com<br>ewalker@jw.com |
| T. Dos Urbanski, Esq.<br>Michael J. Mazurczak, Esq.<br>Allen J. McCarthy, Esq. | Email: stationlitigation@melicklaw.com |
| Joseph Krowski, Esq. | Email: josephkrowski.law@verizon.net |
| Lawrence J. Cappuccio, Esq. | Email: l.cappuccio@worldnet.att.net |
| Russell Bramley, Esq. | Email: bramley@hbhlaw.net |

| | |
|---|---|
| Esquire Litigation Solutions, LLC | Email: stationfire@esquirecom.com |
| Bennett Gallo, Esq. | Email: brg@ndgrb.com |
| Dennis Roberts, II, Esq. | Email: kgoyer@djrlaw.com |
| David Wollin, Esq.<br>William Burke, Esq. | Email: stationfire@apslaw.com |
| William O'Gara, Esq.<br>Mark Parsky, Esq. | Email: wogara@pld-law.com<br>Email: mep@mcveyparsky-law.com= |
| Lawrence Cetrulo, Esq.<br>David D. Langfitt, Esq. | Email: stationlitigation@cetcap.com<br>Email: dlangfitt@mmwr.com |
| David Maglio, Esq.<br>Henry Swan, Esq.<br>Tim Hardwicke, Esq.<br>Meghan Sullivan, Esq. | Email: dmaglio@magliolaw.com<br>Email: hms@dksblaw.com<br>Email: tim.hardwicke@lw.com<br>Email: meghan.sullivan@lw.com |
| John Cloherty, Esq. | Email: jcloherty@piercedavis.com |
| John D. Bambara | Email: jbambara@sentinelproducts.com |
| Bruce Tucker, Esq.<br>Mark Ter Molen, Esq. | Email: btucker@legalmgt.com<br>Email: mtermolen@mayerbrownrowe.com |
| S. Michael Levin, Esq.<br>Peter Resnik, Esq.<br>Steven Kasten, Esq. | Email: mlevin@wszlaw.com<br>Email: presnik@mwe.com<br>Email: skasten@mwe.com |
| John Flanagan, Esq.<br>David Mitrou, Esq.<br>Michael McCormack, Esq.<br>Joseph Aronson, Esq. | Email: jflanagan@torti.com<br>Email: dmitrou@mccormanckfirm.com<br>Email: mmcormack@mccormackfirm.com<br>Email: jaronson@mccormackfirm.com |
| William M. Heffernan, Esq. | Email: heffernanlaw@aol.com |
| Eric DiMario, Esq.<br>Rajaram Suryanarayan, Esq. | Email: edimario@gunninglafazia.com<br>Email: rsury@gunninglafazia.com |

Robert I. Reardon, Jr.