**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| WILLIAM LONG,<br>Plaintiff<br>v.<br>AMERICAN FOAM CORPORATION, et al.<br>Defendants | CIVIL ACTION NO. 06-047-L<br>(adopting C.A. No. 03-483-L) |

**DEFENDANT CELOTEX CORPORATION'S ANSWER AND AFFIRMATIVE DEFENSES TO THE PLAINTIFF'S ADOPTION OF THIRD AMENDED MASTER COMPLAINT**

Plaintiff in the above captioned matter has adopted the Third Amended Master Complaint in *Albert L. Gray, Administrator, et al v. Jeffrey Derderian, et al,* C.A. No. 04-312-L, in its entirety, as stated in his "Notice of Adoption of Third Amended Master Complaint (Station Nightclub Fire Litigation)", filed February 17, 2006. Defendant Celotex Corporation hereby repeats and incorporates by reference, as if fully set forth herein, its Answer and Affirmative Defenses to the Plaintiffs' Third Amended Master Complaint, as adopted by Plaintiff William Long.

Plaintiff Long has also adopted the "Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint (Station Nightclub Fire Litigation)" in *Henault, et. al. v. American Foam, et. al.,* C.A. No. 03-483-L. To the extent Plaintiff Long's adoption sets forth additional allegations and claims in his "Pro Forma Complaint and Notice of Adoption of First

Amended Master Complaint (Station Nightclub Fire Litigation)," Defendant Celotex corporation denies each and every additional allegation and claim.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant, Celotex Corporation, demands judgment, dismissing the claims against it, with prejudice, and that it be awarded costs and such other relief as the court deems just.

## JURY CLAIM

Defendant Celotex Corporation demands a trial by jury as to all allegations set forth in Third Amended Master Complaint, as adopted by Plaintiff Long, and any other pleading in this case.

Dated: July 18, 2006

Respectfully submitted,
Defendant Celotex Corporation,
By its Attorney,

Stephen T. Armato #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 18TH DAY OF JULY, 2006, I CAUSED TO BE SERVED A COPY OF THE WITHIN DOCUMENT VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED, TO THE FOLLOWING COUNSEL OF RECORD:

| | |
|---|---|
| Karen A. Alegria, Esq. | Karen@Briancunha.com |
| Thomas C. Angelone, Esq. | angelonelaw@aol.com |
| Stephen T. Armato, Esq. | stationlitigation@cetcap.com |
| Joseph Aronson, Esq. | jaronson@mccormackfirm.com |
| Charles Babcock, Esq. | cbabcock@jw.com |
| John P. Barylick, Esq. | jpb@wistbar.com |
| Thomas R. Bender, Esq. | stationfire@hansoncurran.com |
| C. Russell Bengtson, Esq. | rbengtson@ckmlaw.com |
| James A. Bigos, Esq. | jim@b-plaw.com |
| Kevin F. Bowen, Esq. | kbowen@bbglaw.us |
| Gregory L. Boyer, Esq. | boyerlaw1@aol.com |
| Russell Bramley, Esq. | bramley@hbhlaw.net |
| Stephen E. Breggia, Esq. | sbreggia@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D.Cahill, Esq. | mcahill@choate.com |
| Lawrence J. Cappuccio, Esq. | l.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | stationfire@blishcavlaw.com |
| Kim M. Clarke, Esq | Kclarke@nixonpeabody.com |
| John J. Cloherty, Esq. | jcloherty@piercedavis.com |
| Edward M. Crane, Esq. | ecrane@skadden.com |
| Ronald J. Creamer, Esq. | resminilaw@yahoo.com |
| John R. Crockett, III, Esq. | jcrockett@fbtlaw.com |
| Brian Cunha, Esq. | Brian@Briancunha.com |
| Jessica Deanseris, Esq. | jdean@wistbar.com<br>jad@wistbar.com |
| Michael R. De Luca, Esq. | mrd@gsm-law.com |
| Anthony F. DeMarco, Esq. | tdemarco@conversent.net |
| Gerald C. DeMaria, Esq. | gdemaria@hcc-law.com |
| Marc DeSisto, Esq. | stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | cdiedrich@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | fonia@msn.com |
| Eric. B. DiMario, Esq. | edimario@gunninglafazia.com |
| Mark P. Dolan, Esq. | ricedolank@aol.com |
| Esquire Deposition Services | stationfire@esquirecom.com |
| Christopher C. Fallon, Jr., Esq. | cfallon@cozen.com |
| William A. Filippo, Esq. | wfilippo@calvinolaw.com |
| John J. Flanagan, Esq. | jflanagan@torti.com |
| Stephen P. Fogerty, Esq. | fogerty@halloran-sage.com |
| Bennett R. Gallo, Esq | brg@ndgrb.com |

| | |
|---|---|
| Mark Hadden, Esq. | mhadden@mhaddenlaw.com |
| Nancy W. Hamilton, Esq | nhamilton@jw.com |
| William A. Heffernan, Esq. | HeffernanLaw@aol.com |
| Carl A. Henlein, Esq. | chenlein@fbtlaw.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Stephen Izzi, Esq. | Stephen.izzi@hklaw.com<br>sizzi@mosesafonso.com |
| Craig A. Johns, Esq. | johnsc@Nationwide.com |
| Patrick T. Jones, Esq. | pjones@cmj-law.com |
| Howard Julian | sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | bkeller@debevoise.com |
| Fred A. Kelly, Jr., Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | josephkrowski.law@verizon.net |
| Stephen B. Lang, Esq. | slang@hcc-law.com |
| Ronald Langlois, Esq. | Stationfire@smithbrink.com<br>rlanglois@smithbrink.com |
| James R. Lee, Esq. | Jlee@riag.state.ri.us |
| Anthony R. Leone, II, Esq. | leonelaw@cox.net |
| S. Michael Levin, Esq. | mlevin@wszlaw.com |
| Thomas W. Lyons, Esq. | tlyons@straussfactor.com |
| Stephen J. MacGillivray, Esq. | smacgillivray@eapdlaw.com |
| John R. Mahoney, Esq. | johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | emancuso@hwac.com |
| Mark S. Mandell, Esq. | msmandell@msn.com |
| Donald J. Maroney, Esq. | dmaroney@kkrs.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Richard W. MacAdams, Esq. | rmacadams@mandwlaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael McCormack, Esq. | mmccormack@mccormackfirm.com |
| W. Thomas McGough Jr., Esq. | tmcgough@reedsmith.com |
| Edwin F. McPherson, Esq. | emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | mfm@lmkbw.com |
| Howard Merten, Esq. | Hmerten.station@psh.com<br>hmerten@vetterandwhite.com |
| Kelly N. Michels, Esq. | knm@hansoncurran.com |
| Steven A. Minicucci, Esq. | sminicucci@calvinolaw.com |
| David Mitrou, Esq. | dmitrou@mccormackfirm.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | jtm@hansoncurran.com |
| John J. Nazzaro, Esq. | attynazzaro@aol.com |
| Robert Norton, Esq. | rnorton@sloanewalsh.com |
| Mark T. Nugent, Esq. | mnugent@morrisonmahoney.com |
| Suzanne O'Donoghue | sodonoghue@hcc-law.com |

| | |
|---|---|
| William E. O'Gara, Esq. | wogara@pld-law.com |
| J. Renn Olenn, Esq. | KBH@Olenn-Penza.com |
| Mark Parsky, Esq. | mep@mcveyparsky-law.com |
| Michael Potenza, Esq. | mpotenza@debevoise.com |
| Stephen M. Prignano, Esq. | sprignano@eapdlaw.com |
| Robert I. Reardon, Esq. | reardonlaw@aol.com |
| Charles N. Redihan, Esq. | credihan@kprlaw.com |
| James H. Reilly III, Esq. | jreilly@kkrs.com |
| Ronald J. Resmini, Esq. | resminilaw@yahoo.com |
| James J. Restivo Jr., Esq. | jrestivo@reedsmith.com |
| Mark T. Reynolds, Esq. | mtreynolds@conversent.net |
| Stephen M. Richard, Esq. | srichard@nixonpeabody.com |
| Ian C. Ridlon, Esq. | iridlon@burnslev.com |
| Robert J. Rimmer, Esq. | reardonlaw@aol.com |
| Dennis J. Roberts, II, Esq. | droberts@djrlaw.com |
| Kristin E. Rodgers, Esq. | stationfire@blishcavlaw.com |
| James A. Ruggieri | jruggieri@hcc-law.com |
| Michael T. Ryan, Esq. | MTRyan@rrjd-law.com |
| Michael G. Sarli, Esq. | mgs@gsm-law.com |
| Peter J. Schneider, Esq. | pschneider@cmjlaw.com |
| Michael A. St. Pierre, Esq. | mikesp@rrsplaw.com |
| Deborah Solmor, Esq. | dsolmor@skadden.com |
| Eric M. Sommers, Esq. | eric.sommers@mclane.com |
| Ann Songer, Esq. | stationfire@shb.com |
| Randall Souza, Esq. | rsouza@shslawfirm.com |
| Georgia Sullivan | Georgia.Sullivan@thehartford.com |
| Paul Sullivan, Esq. | pvsullivan@morrisonmahoney.com |
| Rajaram Suryanarayan | rsury@gunninglafazia.com |
| Henry M. Swan, Esq. | hms@dksblaw.com |
| Mark D. Tourgee, Esq. | aminchillo@itwlaw.com |
| Andrew Trevelise | atrevelise@reedsmith.com |
| Bruce Gregory Tucker, Esq. | btucker@legalmgt.com |
| Scott T. Tucker, Esq. | stucker@ths-law.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Earl H. Walker, esq. | ewalker@jw.com |
| Susan S. Wettle, Esq. | swettle@fbtlaw.com |
| Benjamin V. White III, Esq. | bwhite@vetterandwhite.com |
| Lauren D. Wilkins, Esq. | Stationfire@smithbrink.com |
| Timothy A. Williamson, Esq. | aminchillo@itwlaw.com |
| Max Wistow, Esq. | mw@wistbar.com |
| George Wolf, III, Esq. | stationfire@shb.com |
| David A. Wollin, Esq. | dwollin@apslaw.com |

Stephen T. Armato #6395
Cetrulo & Capone LLP
The Heritage Building
321 South Main Street
Providence, RI 02903
Tel: (410) 274-7850
Fax: (410) 274-9670
E-mail: StationLitigation@cetcap.com