**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| WILLIAM LONG, Plaintiff, | : | |
| vs. | : | C.A. No. 06-047L |
| AMERICAN FOAM CORPORATION, et al., Defendants. | : | |

**DEFENDANT PACTIV CORPORATION'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO**
**NOTICE OF ADOPTION OF THIRD AMENDED MASTER COMPLAINT**
**(STATION NIGHTCLUB FIRE LITIGATION)**

Defendant Pactiv Corporation ("Pactiv") hereby adopts and incorporates by reference in its entirety its Answer and Affirmative Defenses to Plaintiffs' Third Amended Master Complaint in *Albert L. Gray, Administrator, et al. v. Jeffrey Derderian, et al.*, C.A. No. 04-312-L.

Pactiv further answers the Second Amended Master Complaint dated January 27, 2006, as adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint, by stating that Pactiv does not respond to the allegations in the Second Amended Master Complaint dated January 27, 2006 because such allegations are not directed against Pactiv. To the extent the Second Amended Master Complaint dated January 27, 2006 makes any factual allegations against Pactiv, Pactiv is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies each and every allegation.

Pactiv further answers the additional allegations and claims set forth in Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint dated January 31, 2006, as adopted by Plaintiff's Notice of Adoption of Third Amended Master Complaint:

## PARTIES

## PLAINTIFF

1. Pactiv is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in these Paragraphs and therefore denies the same and leaves Plaintiff to his proof.

## DEFENDANTS

2-8. Pactiv is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in these Paragraphs and therefore denies the same.

## ADDITIONAL COUNTS ONE-TEN

9-64. Pactiv does not respond to the allegations in these Paragraphs because such allegations are not directed against Pactiv. To the extent these Paragraphs make any factual allegations against Pactiv, Pactiv is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth therein, and therefore denies each and every allegation.

## PRAYER FOR RELIEF

Pactiv denies Plaintiff is entitled to the relief requested in the "Prayer for Relief" portion of Plaintiff's Pro Forma Complaint and Notice of Adoption of First Amended Master Complaint dated January 31, 2006.

WHEREFORE, Pactiv Corporation, having fully answered Plaintiff's Notice of Adoption of Third Amended Master Complaint, denies that Plaintiff is entitled to any relief from Pactiv

Corporation; demands judgment against Plaintiff for costs, expenses, and reasonable attorneys' fees; and asks that this Court grant such further relief as it may deem just and proper.

Respectfully submitted,

PACTIV CORPORATION

By: __/s/ Bruce G. Tucker, Esq.________
One of its Attorneys

Bruce G. Tucker, Esq. (#563)
LEGAL MANAGEMENT SERVICES LLC
55 Hammarlund Way
Middletown, RI 02840
(401) 843-8400

Mark R. Ter Molen, Esq. (pro hac vice)
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
312-782-0600

CERTIFICATE OF SERVICE

I, Bruce G. Tucker, Esq., certify that I understand that counsel of record will receive electronic notice of the electronic service of this pleading and will receive service in that fashion. I hereby further certify that pro se defendant Howard Julian was served by first class mail, postage prepaid at the following address: 570 Shermantown, Saunderstown, RI 02874.

/s/ Bruce G. Tucker, Esq.