UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID MALAGRINO | : | |
| v. | : | C.A. NO. 06-02-L (adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

* * *

| | | |
|---|---|---|
| WILLIAM LONG | : | |
| v. | : | C.A. NO. 06-047-L (adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

* * *

| | | |
|---|---|---|
| ESTATE OF JUDE B. HENAULT, et al | : | |
| v. | : | C.A. NO. 03-483-L (adopting C.A. No. 03-483-L) |
| AMERICAN FOAM CORP, et al | : | |

**MOTION TO DISMISS OF DEFENDANT, SURPLEX UNDERWRITERS, INC.**

Now comes Defendant, Surplex Underwriters, Inc., and respectfully moves, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), to dismiss the claims of the above-captioned plaintiffs against it. The plaintiffs in this matter have adopted the Third Amended Master Complaint in Albert L. Gray, Administrator, et al (Plaintiffs) vs. Jeffrey Derderian, et al (Defendants), C.A. No. 04-312L in its entirety. In response to the Third Amended Master Complaint in Gray, Surplex Underwriters, Inc., filed a Motion to Dismiss and Supporting Memorandum, recorded as Gray docket No. 815. As the Plaintiffs in David Malagrino v. American Foam Corp., et al, William Long v. American Foam Corp, et al and Estate of Jude B. Henault, et al v. American Foam Corp, et al have adopted and incorporated by reference the Third Amended Master Complaint, in the interest of judicial economy and avoiding unnecessary