**CERTIFICATION OF SERVICE**

I hereby certify that I caused to be served a copy of the Entry of Appearance by electronic mail through the Electronic Case Filing system of the United States District Court on the 27th day of September, 2006 to the following counsel of record:

John R. Mahoney, Esq.
johnmahoney@amlawllp.com

James R. Lee, Esq.
jlee@riag.ri.gov

Joseph V. Cavanagh, Jr., Esq.
Kristen E. Rodgers, Esq.
Stationfire@blishcavlaw

Ronald J. Resmini, Esq.
Ronald J. Creamer, Esq.
Resminilaw@yahoo.com

Stephen E. Breggia, Esq.
sbreggia@bbglaw.us

Joseph B. Burns, Esq.
jburns@rms-law.com

Brian R. Cunha, Esq.
Karen A. Alegria, Esq.
Brian@Briancunha.com

Steven A. Minicucci, Esq.
William A. Filippo, Esq.
sminicucci@calvinolaw.com

C. Russell Bengtson, Esq.
Rbengtson@ackmlaw.com

Christopher C. Fallon, Jr., Esq.
Cfallon@Cozen.com

Marc DeSisto, Esq.
Kathleen D. Daniels, Esq.
Stationfire@DeSistolaw.com

Michael Potenza, Esq.
Bruce P. Keller, Esq.
Jessica L. Margolis, Esq.
mpotenza@debevoise.com
bkeller@debevoise.com

Patrick T. Jones, Esq.
Peter Schneider, Esq.
Pjones@cmj-law.com

Stephanie DiMaio Larivee, Esq.
James Howe, Esq.
fonia@msn.com

Stephen M. Prignano, Esq.
Stephen J. MacGillivray, Esq.
sprignano@edwardsangell.com

Michael A. St. Pierre, Esq.
mikesp@rrsplaw.com

Michael R. DeLuca, Esq.
MRD@gsm-law.com

Eva Marie Mancuso, Esq.
emancuso@hwac.com

Mark C. Hadden, Esq.
Mhadden@mhaddenlaw.com

Thomas C. Angelone, Esq.
angelonelaw@aol.com

Mark T. Nugent, Esq.
Paul Sullivan, Esq.
mnugent@morrisonmahoney.com

Mark D. Cahill, Esq.
Eric Bradford Hermanson, Esq.
mcahill@choate.com
ehermanson@choate.com

John J. Nazzaro, Esq.
attynazzaro@aol.com

Daniel J. Horgan, Esq.
horganlaw@snet.com

James H. Reilly, III, Esq.
Donald J. Maroney, Esq.
dmaroney@kkrs.com

Mark D. Tourgee, Esq.
Timothy A. Williamson, Esq.
aminchillo@itwlaw.com

Matthew F. Medeiros, Esq.
mfm@lmkbw.com

Charles N. Redihan, Esq.
Credihan@kprlaw.com

Mark S. Mandell, Esq.
Yvette M. Boisclair, Esq.
msmandell@msn.com

Mark P. Dolan, Esq.
Anthony R. Leone, Esq.
Ricedolank@aol.com

George E. Wolf, III, Esq.
Gwolf@shb.com

W. Thomas McGough, Jr., Esq.
James J. Restivo, Jr., Esq.
tmcgough@reedsmith.com

Andrew J. Trevelise, Esq.
atrevelise@reedsmith.com

Richard W. MacAdams, Esq.
Rmacadams@mandwlaw.com

Edward M. Crane, Esq.
Deborah G. Solmor, Esq.
ecrane@skadden.com

Earl H. Walker, Esq.
Charles L. Babcock, Esq.
Nancy W. Hamilton, Esq.
Cbabcock@jw.com

Ronald P. Langlois, Esq.
Lauren DiSimone Wilkins, Esq.
Stationfire@smithbrink.com

Anthony F. DeMarco, Esq.
Mark Reynolds, Esq.
tdemarco@conversent.net

Howard A. Merten, Esq.
Hmerton.station@psh.com

Thomas W. Lyons, III, Esq.
tlyons@straussfactor.com

Stephen Fogerty, Esq.
Fogerty@Halloran-Sage.com

Robert I. Reardon, Jr., Esq.
Robert T. Rimmer, Esq. Esq.
Reardonlaw@aol.com

Scott J. Tucker, Esq.
Stucker@ths-law.com

J. Renn Olenn, Esq.
kbh@olenn-penza.com

Steve M. Richard, Esq.
StationFireLitigation@nixonpeabody.com

Howard J. Julian
sohohomes@yahoo.com

Max H. Wistow, Esq.
John P. Barylick, Esq.
Jessica Deanseris
jdean@wistbar.com
jcrockett@fbtlaw.com

John R. Crockett, II, Esq.
Carl H. Henlein, Esq.
Susan S. Wettle, Esq.
swettle@fbtlaw.com

Thomas R. Bender, Esq.
James T. Murphy, Esq.
Kelly N. Michels, Esq.
Stationfire@hansoncurran.com

Edward T. Hinchey, Esq.
Ehinchey@sloanewalsh.com
Robert T. Norton, Esq.
rnorton@sloanewalsh.com

Ralph J. Monaco, Esq.
Rmonaco.c-l@snet.net

Esquire Litigation Services
Stationfire@esquire.com

T. Dos Urbanski, Esq.
durbanski@melicklaw.com

James A. Bigos, Esq.
Jim@B-PLaw.com

Lawrence J. Cappuccio, Esq.
L.Cappuccio@Worldnet.att.net

Allen J. McCarthy, Esq.
Michael J. Mazurczak
amccarthy@melicklaw.com

Russell Bramley, Esq.
Bramley@hbhlaw.com

Mark R. Ter Molen, Esq.
mtermolen@mayerbrownrowe.com

David A. Wollin, Esq.
William F. Burke, Esq.
Dwollin@apslaw.com

Dennis J. Roberts II
Droberts@djrlaw.com

Stephen Armato
Christopher A.D. Hunt
Lawrence Cetrulo
sarmato@cetcap.com

Randall L. Souza
Fred A. Kelly, Jr.
fkelly@nixonpeabody.com

William E. O'Gara
wogara@pld-law.com

Mark E. Parsky
Mep@mcveyparsky-law.com

David E. Maglio
dmaglio@magliolaw.com

Henry Swan
Hms@dksblaw.com

Edwin F. McPherson
emcpherson@m-klaw.com

Craig A. Johns
Johnsc@nationwide.com

Bruce Gregory Tucker
btucker@legalmgmt.com

John J. Flanagan
Jflanagan@torti.com

Joseph H. Aronson
jaronson@mccormackfirm.com

S. Michael Levin
mlevin@wszlaw.com

John J. Cloherty, III
jcloherty@piercedavis.com

Bennett Gallo
brg@ndgrb.com

David T. Mitrou, Esq.
Dmitrou@mccormackfirm.com

Michael J. McCormack, Esq.
Mmccormack@mccormackfirm.com

John D. Bambara
jbambara@sentinelproducts.net

Edward Manganiello
edward.manganiello@mendes.com

Peter L. Resnick,
presnik@mwe.com

/s/ James A. Ruggieri